RECEIVED

FILED

JAN - 7 2021

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

1    **IN THE UNITED STATES DISTRICT COURT,**

2    **EASTERN DISTRICT OF VIRGINIA** 2020 JAN -7 A 11: 54

3

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

4    Pro Se

5    Lama Maksosa

6    44044 Ferncliff Terrace                    1:21-CV-25 LMB/MSN

7    Ashburn VA 20147

8        Plaintiff,

9    V.

10   Amazon.com Inc, Amazon Web Services
11   Registered Agent
12   251 Little Falls Drive, City of Wilmington,
13   County of New Castle, State of Delaware 19808
14                                               **PLAINTIFF DEMANDS**

15   Defendant.                                  **TRIAL BY JURY**

16

17                          **COMPLAINT**

18   Comes now Lama Maksosa (Plaintiff), for her complaint against Defendant,

19   Amazon Web Services and Amazon (Defendant) of the city of Herndon, Virginia.

20

21                       **NATURE OF THE CLAIMS**
22

23   Plaintiff, Lama Maksosa, who is Bonafede law-abiding citizen and resident of Virginia,

24   Loudoun county is filing complaint against defendant Amazon and its subsidiary

25   Amazon Web Services, where the defendant was employed for the past five years

26   because of Discriminatory Intent/Treatment which violates title VII of the Civil Rights

1           **IN THE UNITED STATES DISTRICT COURT,**

2              **EASTERN DISTRICT OF VIRGINIA**

3

4   Pro Se

5   Lama Maksosa

6   44044 Ferncliff Terrace

7   Ashburn VA 20147

8     Plaintiff,

9   V.

10 Amazon.com Inc, Amazon Web Services
11 Registered Agent
12 251 Little Falls Drive, City of Wilmington,
13 County of New Castle, State of Delaware 19808
14                                     **PLAINTIFF DEMANDS**

15 Defendant.                                   **TRIAL BY JURY**

Confidential

16

17                         **COMPLAINT**

18 Comes now Lama Maksosa (Plaintiff), for her complaint against Defendant,

19 Amazon Web Services and Amazon (Defendant) of the city of Herndon, Virginia.

20

21                 **NATURE OF THE CLAIMS**
22

23 Plaintiff, Lama Maksosa, who is Bonafede law-abiding citizen and resident of Virginia,

24 Loudoun county is filing complaint against defendant Amazon and its subsidiary

25 Amazon Web Services, where the defendant was employed for the past five years

26 because of Discriminatory Intent/Treatment which violates title VII of the Civil Rights

27  Act of 1964 (Title VII), which prohibits employment discrimination based on race,

28  color, religion, sex or national origin and sexual harassment retaliation per the 1991

29  amendment to the Title VII of the Act.

30                          **JURISDICTION AND VENUE**

31  This court has jurisdiction over this matter pursuant to 28 U.S.C §§ 1331 and 1343

32  because this action involves federal questions regarding the deprivation of Plaintiff's

33  rights under federal civil rights laws.

34  Venue is proper for this district pursuant to § 2000-(5)(f)(3), because the unlawful

35  employment practices occurred in this because Amazon Inc and Amazon webservices

36  are also located in this district at 4250 Fairfax Dr, Arlington, VA 22203, USA and

37  pursuant to 28 U.S.C. § 1391 (b) defendant is located in this district.

38                                  **PARTIES**

39     1- Lama Maksosa "PLAINTIFF" is resident of Virginia, Loudoun County, at 44044

40        Ferncliff Terrace, Ashburn, VA 20147.

41     2- Amazon Web Services " Defendant", address is 13200 Woodland Park, Herndon

42        VA 20171, and Amazon Headquarter is located at 4250 Fairfax Drive,

43        Arlington, VA.

44                          **PROCEDURAL REQUIREMENTS**

45  Plaintiff filed a timely charge of discrimination based on national origin, sexual

46  harassment and retaliation, against Defendant with the United States Equal

47  Employment Opportuntiy Commission ("EEOC"), and received her Notice of Right to

48  Sue within Ninety (90) days on Oct 16.

Confidential

49 **FACTUAL** _____ **ALLEGATION**

50  PLAINTIFF joined Amazon in February 2015 as a temporary assignment during

51  which. PLAINTIFF started as a temporary employee and then was hired as a fulltime

52  permanent employee in July 2015. During Plaintiff assignment as a supply chain

53  manager, Plaintiff was asked to work on stretch task to support another team, during

54  which PLAINTIFF developed dashboard for the Security team, the security team were

55  pleased of the PLAINTIFF work and the security manager Bill Bland offered

56  PLAINTIFF Level 5 position as a business Analyst in March 2015, PLAINTIFF

57  manager then Sam Davis told PLAINTIFF to stay with his team and he will match Mr.

58  Bland's offer since PLAINTIFF is more interested in a project management role, later

59  manager Sam Davis who was level 5 as well couldn't get approval to open job

60  requisition with level 5 for PLAINTIFF but promised PLAINTIFF that he will promote

61  her to level 5 in April 2016 during Amazon's annual review, so PLAINTIFF joined the

62  team at level 4 on July 2015, Mr. Davis left the company in December of 2015 and

63  PLAINTIFF started to report to Marc Darling who was also level 5. Marc Darling knew

64  of the history of PLAINTIFF work and the level 5 offer with the security team. Plaintiff

65  during her tenure as a supply chain program manager developed an optimized spare

66  parts replenishment mechanism that provided over $ 30 M in cost saving. While

67  Plaintiff deserved promotion, manager then Marc Darling who was L5 level refused to

68  promote Plaintiff for her accomplishment and in addition to the outstanding promise

69  claiming that PLAINTIFF lacks the "Earn trust Amazon leadership principle" without

70  furnishing evidence of the gap, and he disregarded that Plaintiff had established great

71  business relationship with vendors and other cross functional team members, Emails

72  supporting this on page 98 – page after discussing this unfair treatment with Human

73  Resources Department, HR advised that Plaintiff could explore joining another team;

74  Plaintiff identified a role with the cloud innovation center program and went through

75  the interview loop with five different people and after passing the interview loop,

76  Plaintiff started with the current role as global program manager in April 2018.

77  PLAINTIFF ramped up fast on her new role and managed to cover for local program

78  manager while carrying out her responsibility and was able to create program

79  internal webpage and many of the program assets and files repositories and

80  templates, the program scaled from one location to 8 active locations by November

81  2018. PLAINTIFF had many accomplishments at the role and travelled to global

82  locations to provide program support. PLAINTIFF was promoted in November 2018.

83  PLAINTIFF was awarded stocks for her promotion that vests in November 2020,

84  which PLAINTIFF lost because the stocks vest date falls after PLAINTIFF termination

85  date of July 2020. PLAINTIFF.

86  In March 2020, PLAINTIFF was placed on Performance improvement plan (PIP)

87  without history of underperformance by manager Mr. Ben Butler who advised that he

88  received solicited and unsolicited feedback from few team members that warrant

89  placing PLAINTIFF on PIP. The duration of the PIP was only for one month with five

90  major tasks that PLAINTIFF was asked to complete in addition her huge workload of

91  her regular duties. The assigned tasks in the PIP were not related to the team

92  members feedback nor directly related to the PLAINTIFF major work. Mr. Butler

93  didn't make any efforts to investigate the complaints from team members, and the

94  PLAINTIFF asked manager and HR to investigate those claims so she can be aware

4

95   and resolve but this never happened. PLAINTIFF had to work 14 hours a day,

96   including weekends, to complete the (PIP) work assignment. Subsequently PLAINTIFF

97   completed the PIP tasks precisely as outlined in the PIP document, in timely manner

98   and provided weekly status updates (please see Appendix 1 Email 2).

99   Manager Mr. Butler informed PLAINTIFF that she failed the PIP because Mr. Butler

100   claimed PLAINTIFF failed to invite one key stakeholder to a document review meeting,

101   even though the PLAINTIFF provided print screen of the meeting invite where that

102   person was invited. Also claimed that PLAINTIFF's work product was unsatisfactory

103   and full of grammatical errors only while he disregarded the accuracy of technical

104   content and level of effort to compile it .and Mr. Butler cited feedback from two

105   hostile team members who exhibited hostility toward PLAINTIFF that manager Mr.

106   Butler was aware of. And on the Newsletter assignment where Mr. Butler used the

107   draft version of the newsletter to provide his assessment where Mr. Butler blamed the

108   PLANTIFF for exceeding three pages when Mr. Butler never furnished page limit when

109   he provided the PIP assignment guidelines, and it is worth noting that all previous

110   newsletters exceeded three pages, with regard to content, only Mr. Butler has the

111   autonomy on what content to be removed as PLAINTIFF has no autonomy on that.
112   Hence that the PLAINTIFF final version of the newsletter was three pages long and he
113   produced it in PDF and OFT formats and professionally done.

114   HR advised that the PLAINTIFF can appeal the manager decision through the
115   company's appeal process where a decision can be made by panel that is comprised
116   of three AWS employees from outside the PALINTIFF's team, during the appeal
117   PLAINTIFF had ten minutes to defend her position, while PLAINTIFF provided
118   evidences to negate the invalid reasons yet PLAINTIFF was failed regardless and
119   terminated on the spot.

120   PLAINTIFF lost her job and was not able to transfer to another position within the
121   company the minute she was placed on PIP and PLAINTIFF was on the no rehire list
122   as a result of failing the PIP. HR did not help Plaintiff to objectively evaluate the PIP
123   nor assisted PLAINTIFF throughout the process and offered PLAINTIFF $ 3000 only
124   as severance payment once PLAINTIFF signs the release agreement.

125   On July 2020 Plaintiff retained an attorney who charged Plaintiff $ 8,600 and was
126   able to negotiate $ 20,000 severance if Plaintiff agrees to sign a settlement agreement.
127   Plaintiff refused to sign the settlement agreement because it contained unacceptable
128   conditions, which are harmful to her career and totally unfair. Plaintiff could not
129   keep paying the attorney who refused to continue representing PLAINTIFF on the
130   contingency basis; consequently, Plaintiff proceeded with the EEOC filing on her own
131   and filed the charge on October 15, 2020 where PLAINTIFF received the right to sue
132   letter.

133   1) **DISCRIMINATORY INTENT/ TREATMENT**:

134   PLAINTIFF was faced with hostility based on her accent and national origin from few

135   team members, as a result PLAINTIFF experienced alienation, isolation, favoritism,

136   lack or collaboration and exclusion from meetings and PLAINTIFF work was claimed

137   by hostile team members. PLAINTIFF communicated favoritism to manager Mr.

138   Butler who assured PLAINTIFF that her work even if claimed he knows that

139   PLAINTIFF created it, Mr. Butler told PLAINTIFF since the program is growing Mr.

140   Butler need PLAINTIFF to focus on handling new ambiguous project because Mr.

141   Butler trusted PLAINTIFF capabilities. Mr. Butler promised PLAINTIFF with career

142   growth after PLAINTIFF finish rolling out the new project which is 'Salesforce

143   interface and dashboard for the program" Mr. Butler assured PLAINTIFF that her

144   accomplishment will be awarded on the next annual evaluation in April 2020. Also,

145   Mr. Butler addressed Ms. Berry and Ms.Whitespear hostility and acknowledged

146   PLAINTIFF team work attitude when asked to cover for both of during their absence.

147   Ms. Berry and her successor Ms. Whitespear who was hired as Cal Poly local project

148   manager, both based in San Luis Obispo CA, started teaming out against PLAINTIFF,

149   where they deliberately delayed input to critical monthly reporting which forced

150   PLAINTIFF to work the weekends to incorporate their input into the monthly

151   executives reporting to meet the deadline, they undermined PLAINTIFF work on

152   invalid ground and claimed they didn't understand PLAINTIFF spoken English

153   PLAINTIFF 's manager Mr.Butler addressed Ms. Berry and Ms. Whitesprear hostility

154   in June 2019 in a documented email (Appendix 1 email 2).

155   However, they continued their hostility toward PLAINTIFF and Mr.Butler was on back

156   to back business travel and he advised he will address those issues when he return.

157   PLAINTIFF filed ethics ticket and complained to the employee help line at Amazon but

158   no action was taken. Later when Mr. Butler returned from his business travel instead

159   of addressing those outstanding hostilities, he placed PLAINTIFF on (PIP) end of

160   March 2020.

161   **Hostile team members:**

162

163   • Renee Berry Global PM: joined Feb 2018, reports to Paul O'shaunsey

164   • Jennifer Whitespear Cal Poly PM, joined Jan 2019, Renee's successor reports

165       to Paul O' O'shaunsey

166   • Jason Bass, joined October 2018, supervisor reports to Ben Butler PLAINTIFF's

167       manager

168   PLAINTIFF was tasked to support a new subprogram called the Digital Innovation for

169   the public sector end of January 2020 which is comprised of four team members,

170   three of them exhibited hostility toward PLAINTIFF after asking me where I was from

171   with names below:

172   • Victoria Condon internal transfer and is Jason Bass 's recruit and joined in

173       December 2019, she reports to PLAINTIFF's manager Ben Butler

174   • Monica Carranza new hire in January 2020, she reports to PLAINTIFF's

175       manager Ben Butler.

176   • Noah Eden, internal transfer joined in Dec 2019 reports to PLAINTIFF's

177       manager Ben Butler.

178

**1) LANGUAGE DISCRIMINATION AND WORK BULLYING:**

PLAINTIFF faced plenty of malicious behavior from Ms. Berry since PLAINTIFF started on the program, in April 2018 Ms. Berry who started three months prior to PLAINTIFF, didn't collaborate with PLAINTIFF to provide information required for the monthly reporting for her Calpoly location which necessitate PLAINTIFF to travel to Calpoly in San Luis Obispo to compile the information and do set up the traking mechanism herself working with Cal Poly senior staff members, PLAINIFF then asked Ms. Berry update PLAINTIFF on monthly basis with that information but Ms. Berry refused to collaborate with PLAINTIFF for example:

1-.Ms.Berry will request to reschedule meetings initialized by PLAINTIFF couple of times before she finally attend even though PLAINTIFF accommodates Ms.Berry time zone and schedule the meetings per Ms. Berry's request 7PM EST for only 30 minutes, yet Ms. Berry if attending, makes several restroom interruptions during the 30 minutes meeting which were never productive.

2-Ms. Berry Ms. Berry claims PLAINTIFF work after Ms. Berry comes back from her seven months paid leave (Internal program webpage and other completed tasks).

3-Ms.Berry create noise to discredit PLAINTIFF.

4-Ms. Berry removed PLAINTIFF access to the project management plan PLAINTIFF originally created for Calpol.

4-Ms. Berry introduced external software tool called "Airtable" PLAINTIFF advised to file ticket with the information security team to ensure it is allowed, PLAINTIFF opened a ticket and copied Ms. Berry and as a result the info security team advised that the tool wasn't approved yet Ms. Berry continued paying annual subscription to

202   this tool on three different account by the company's credit card and Ms. Berry never

203   provided PLAINTIFF access to this tool nor sent PLAINTIF the required information

204   for the monthly reporting.

205   5- Ms. Berry exercised nepotism where she was able to hire solution architect for L6

206   position without having satisfied the minimum level requirement bachelor's degree

207   while I referred ten highly qualified applicant who met the hiring requirement but

208   none of them were hired.

209   **SEXUAL HARASSMENT RETALITION:**

210   PLAINTIFF was facing retaliation from MR. Jason Bass for rebuffing his sexual

211   interest and advances during a business trip. Mr. Bass and PLAINTIFF had developed

212   a strong friendship at work since Mr. Bass joined the team in October 2018. Mr. Bass

213   would ask PLAINTIFF to join him or lunch and dinner as well as happy hours when

214   he visited Virginia because he is based in Michigan. Mr. Bass was very kind to

215   PLAINTIFF and expressed sympathy that PLAINTIFF had to work long hours covering

216   for Ms. Berry during her long absence and wondered why Mr. Butler does not hire a

217   replacement. Mr. Bass was supportive of PLAINTIFF and told PLAINTIFF to be his

218   program manager for his initiatives and accompany him on this business travel.

219   During the day of incident at the hotel on February 14, 2019, Mr. Bass Joined

220   PLAINTIFF at dinner and went to PLAINTIFF's room where both MR. Bass and

221   PLAINTIFF shared bottle of wine while chatting as MR. Bass shared with PLAINTIFF

222   that he was going through a divorce, then Mr. Bass expressed his interest in

223   PLAINTIFF after complimenting her looks and that he been always attracted to her.

224   PLAINTIFF told Mr. Bass that she also values his friendship, and it is appropriate to

225  keep the interaction between them professional so it doesn't impact their work
226  negatively. Mr. Bass then inquired from PLAINTIFF why she allowed him into her
227  room, PLAINTIFF said because she trusted Mr. Bass and he is very dear friend and
228  coworker. PLAINTIFF noticed Mr. Bass face became pale and he was upset,
229  PLAINTIFF then tried to calm Mr. Bass and told him not to be upset as she sincerely
230  values him, and it is better to continue their relations in professional setting.
231  However, since then PLAINTIFF noticed bitterness from Mr. Bass although PLAINTIFF
232  continued her friendly demeanor with MR. Bass hoping that he understands. Mr.
233  Bass changed attitude towards PLAINTIFF, and started criticizing PLAINTIFF work
234  negatively and his comments on her PIP were based on incorrect facts while using
235  degrading language. Plaintiff felt his retaliation when his biased feedback contributed
236  to failing in her PIP. PLAINTIFF had actually sent Mr. Bass an email message
237  explaining to him the different documents and context of each (this email can be
238  found in Appendix 7), yet HR still considered Mr. Bass comments as valid.

239
240  When Plaintiff reported to the VP of HR in May 19 who assigned Ms. Watson to
241  investigate, Ms. Watson concluded that PLAINTIFF's claims were invalid since Mr.
242  Bass comment agreed with other team members feedback regarding her work,
243  although PLAINTIFF explained to Ms. Watson that those few team members were Ms.
244  Berry and Ms. Whitespear who always exhibited hostility towards PLAINTIFF, and the
245  other two team members who were internal recruits by Mr. Bass. Ms. Condron, Ms.
246  Carranza and Mr.Eden who complained to PLAINTIFF's manager that PLAINTIFF
247  lacked the Amazon leadership principle "Earn trust" after only two weeks of
248  PLAINTIFF was assigned to support their new program end of  January 2020 and

249  without them citing where PLAINTIFF exhibited gap in "Earn Trust" , hence

250  PLAINTIFF hasn't failed in providing the necessary support to the team in project

251  management and marketing and branding support and was able to create lots of

252  asset for the program and provided marketing, those unsubstantiated claims and

253  unexplained hostility from those three team members contributed to placing

254  PLAINTIFF on PIP.

255  **Wrongful Termination**

256  PLAINTIFF could not understand why she was treated differently and faced with

257  tremendous amount of hostility from few team members, favoritism, in addition to

258  being placed on PIP when her manager Mr. Ben Butler was always supportive and

259  complemented PLAINTIFF's work and promised her career growth, and promotion for

260  her accomplishments, and teamwork attitude and dedication.

261  Mr. Butler, during a business trip with Ms. Maksosa, complemented her work and

262  gave Plaintiff a red rose at the end of team activities in June 2019 expressing his

263  gratitude for her work. Mr. Butler told Plaintiff that she has growth potential and that

264  he is planning to increase her responsibilities to manage a new program that will be

265  created in January 2020. Plaintiff thanked Mr. Butler for his confidence in her

266  abilities. Mr. Butler also told PLAINTIFF to have thick skin regarding the hostilities

267  that ware exhibited from the two team members Renee Berry and Jennifer

268  Whitespear and said that this he sees that a lot on every level at Amazon.

269  End of March 2020, PLAINTIFF sent Mr. Butler list of accomplishment prior to her

270  meeting with him. PLAINTIFF was shocked when Mr. Butler told PLAINTIFF that she

271  is being placed on PIP when there were no history of underperformance and all cited

272  few team members statements on the PIP were from hostile team members who had

273  prejudice biased against PLAINTIFF.

274  **Summary**

275  PLAINTIFF herby incorporates the allegation in section 1) through 4) expressing she

276  has been harassed and retaliated against. PLAINTIFF has been bullied at work and

277  was subjected to hostile work environment and favoritism that was never addressed

278  by HR. Plaintiff reported hostility to the affinity group at Amazon, also to HR who

279  claimed they investigated but never addressed the issues.

280  Not only PLAINTIFF did not underperform, PLAINTIFF wasn't provided with

281  performance benchmarks nor was given performance report reviews to show her

282  performance gaps. In fact, PLAINTIFF was always assigned projects where she was

283  given no guidance because manager Mr.Butler trusted Plaintiff abilities. Also, while

284  PIP is rigged based on time frame, assessment and expectation, HR approved the PIP

285  despite the unrealistic timeframe of one month with the five huge tasks assigned that

286  were unrelated to issues cited in the PIP of solicited and unsolicited feedbacks nor

287  PLAINTIFF core responsibilities.

288  **PRAYER FOR RELIEF:**

289  WHEREFORE, PLAINTIFF request that the court award her a compensatory damage in

290  an amount to be proven at trial to compensate for wages loss and back pay, and front

291  pay loss, in addition to her earned stocks as result of her promotion considering

292  PLAINTIFF never received a severance for being laid off during the Pandemic. Also

293  amend the release agreement that the PLAINTIFF refused to sign to remove during

294  clause number 11 in the release so that it will not impact PLAINTIFF future

295 employment and career growth since the Plaintiff hasn't committed anything wrong
296 that warrant that harsh restriction.

297 PLAINTIFF also respectfully request that she gets punitive damages for the emotional
298 pain and suffering during this time when PLAINTIFF was placed on PIP while her
299 handicapped mother was having a medical procedure at the hospital with critical
300 condition that was ongoing for a year, and PLAINTIFF had to work despite her broken
301 thumb injury she had at work in August 2019, as PLAINTIFF has been out of work
302 and have been using her retirement funds to sustain her living while actively
303 pursuing employment.

304 PLAINTIFF also request to be reimbursed for the attorney fees PAINTIFF paid $8600
305 as well as court fees.

306 **McDonnell-Douglas Test,**

307 PLAINTIFF had a journalized timeline with incident of hostile comments from team
308 members included in this document.

309 PLAINTIFF would answer YES to the questions per below:

310 o **Question: Were you treated differently someone with the same**
311 **experience, qualifications, and/or education, who is not in your protected**
312 **class?**

313 o Answer: PLAINTIFF was treated differently as to workload assigned; Plaintiff
314 work was claimed by coworkers, training during work hours were allowed to
315 other employees and not the PLAINTIFF.

316   o   PLAINTIFF was alienated and excluded from many activities and subject to
317        malicious activities by hostile team members named outlined above.

318   o   Example: Plaintiff was global program manager in April 2018, Ms. Berry who
319        was local Cal Poly program manager started on Feb 2018, never did any work
320        and was out on a paid leave for 7 months June 2018- Jan 15 2019, Ms. Berry
321        was promoted after coming back to be the global program manager similar role
322        to the Plaintiff without performing any work, and Plaintiff had to do Ms. Berry
323        work even prior of Ms. Berry going on leave, also Plaintiff was asked to
324        continue covering for Ms. Berry after she came back for additional five months
325        so Ms. Berry can focus on completing her cloud practitioner certification which
326        is requirement for any new team member join the team in their first 90 days
327        from hire date.

328   o   Ms. Berry was able to use hire friend of her issuing a purchase order without
329        following the procurement process and having statement of work for service
330        purchase order for $20,000 to create the program newsletter which is a task
331        performed by both PLAINTIFF and Ms. Berry alternating on quarterly basis,
332        PLAINTIFF was not allowed to use external resource nor tap to the hired person
333        and PLAINTIFF was required to create the newsletter herself.

334   o   **Question: Did managers or supervisors regularly make rude or derogatory**
335        **comments directed at your status as a member of a protected class or at**
336        **all members of your class and related to work? For example, "Women**
337        **don't belong on a construction site" or "Older employees are set in their**
338        **ways and make terrible managers."**

15

339 o  A: I was told I lack the "Earn Trust" because of my national origins, at both
340  team I worked at, my previous team I was deprived from promotion after I
341  developed optimized predictive replenishment sparing process that resulted in
342  $ 30 M cost saving when I went to HR, they advised that I could explore
343  another role in the company, hence that manager took credit from my work
344  and got himself promoted.

345 o  At my current role, Ms. Condron, Ms. Carranza. Mr. Eden who joined the team
346  Between Nov 2019 and Jan 2020 and I was tasked to support their
347  subprogram end of Jan 2020, told my manager Mr. Butler that I lack the "Earn
348  Trust" without establishing a reason, they disregarded all Plaintiff's
349  contribution in two weeks establishing their program from ground up
350  operational tasks. those three team members exhibited hostility towards
351  Plaintiff translated in declining to share their calendar, declining meetings and
352  rescheduling meetings with Plaintiff. They complained to PLAINTIFF's manager
353  after only two interaction with them in only two weeks. Their complaint
354  contributed to manager placing PLAINTIFF on (PIP). The Earn Trust is an
355  Amazon leadership principle that stipulates that the employee is able to build
356  strong business relationship with internal and external business partners,
357  while Plaintiff has strong record building relationship with many vendors and
358  internal and external business partners that helped program scaling and
359  helped in growing business, Plaintiff was told lack the Earn trust without valid
360  reason that resulting in denying to fund Plaintiff security clearance to work on

361   government related initiative, and blocking Plaintiff from deserved promotion
362   and contributed to the wrongful termination.

363   o Hostile coworkers, Ms. Berry and Ms. Whitespear continued complaining about
364   Plaintiff's spoken English and only those two were unable to understand
365   Plaintiff spoken English. Both of them exhibited hostility translated in adding
366   hurdles to Plaintiff tasks that resulted in delaying Plaintiff's project deadlines
367   and required Plaintiff to do extra work and do their work to ensure Plaintiff
368   project meet the deadline. Ms. Berry and Ms. Whitespear delayed giving
369   Plaintiff access to the "Airtable" web-base spreadsheet where they store Cal
370   Poly activities for a year and few months and Plaintiff got the read only access
371   end of March 2020.

372   o **Question: Are the circumstances of your treatment so unusual, shocking,**
373   **unjust, or severe as to suggest discrimination?**

374   o Answer:

375   o Plaintiff was placed on performance improvement plan without any history of
376   underperformance, length of the (PIP) is only one month with five big
377   deliverables mostly marketing tasks which are not primary responsibilities of
378   the Plaintiff, whereas Plaintiff completed all the requested five tasks in a timely
379   and quality manner, Plaintiff was subjectively failed on invalid reason and
380   terminated without given chance to transfer to another team, Plaintiff was
381   terminated with no rehire option during the Pandemic.

382   o After Plaintiff completed the performance improvement plan (PIP) as per the
383   (PIP) guidelines and provided weekly status reports. Note that Plaintiff had to

384   work fourteen hours a day, including the weekend to complete the work.

385   Plaintiff was notified that she failed the PIP based on subjective reasons that

386   were invalid. Plaintiff disagreed and provided evidence to justify their invalidity,

387   but decision was not reversed, and Human Resources proposed filing an

388   appeal. The appeal was scheduled for June 29, 2020, as Plaintiff asked to

389   reschedule due to Plaintiff's mother hospital procedure and hospital stay.

390   o Plaintiff had to prepare the appeal document per HR directive and was

391   constrained with how to reflect the (PIP) work products and documents on

392   three pages one face only which will not allow the panel to have objective way

393   to measure the quality of the work, also the panel are three amazon employees

394   whom the Plaintiff never worked or interacted with before. Plaintiff wasn't

395   allowed to attach the nor provide links for the (PIP) finished documents nor

396   communicate with the panel prior to the appeal. Plaintiff was asked to fit all

397   the documents produced on three pages one side on the appendix section of

398   the appeal document. Plaintiff then submitted the appeal document to HR who

399   compiled along with the additional feedback from the manager Mr. Butler.

400   Plaintiff won't see the updated manager's feedback to the appeal document till

401   24 hours prior to the day of the appeal date, HR sends the appeal document to

402   both manager and Plaintiff to prepare for the appeal and the Plaintiff is not

403   allowed to respond to the new updated comments from the manger on the

404   document. The Plaintiff is given ten minutes only during the appeal which is 25

405   minutes long to verbally address the updated manager's feedback comments in

406   front of the appeal panel and talk about the PIP deliverables, the rest of the

407    time is for answering the panel's questions. Plaintiff explained to the panel that

408    the ground of failing is invalid; however, the panel failed the Plaintiff regardless

409    and looked like the decision was predetermined to fail Plaintiff regardless that

410    facts Plaintiff provided below:

411    • Expectation 2: manager kept changing expectation from what was provided in

412    the PIP initially while document was to create user step by step guide to the

413    cloud innovation centers (CIC) program managers and the Digital innovation

414    leads, he asked to add the account managers as well. Also blamed Plaintiff for

415    not inviting key stakeholder Jennifer Whitespear to the final document review

416    meeting outlined in the PIP was incorrect and Plaintiff provided evidence that

417    Jennifer Whitespear was included per the screen shot on Item 2 on appendix in

418    the appeal document. Jennifer was also shared the document via email sent to

419    all stakeholders a month prior with link to the shared folder as well, and print

420    screen for that email was also provided in the appeal. note that this was final

421    review for the document meeting and the Plaintiff had weekly review meetings

422    as well and Jennifer Whitespear was also invited, noting that Jennifer was on

423    paid time off of the week of the final review meeting as well as the week before

424    and after the final review meeting. Yet the Plaintiff was blamed and failed

425    unfairly.

426    • Feedback from Renee Berry is incorrect because the Salesforce project wasn't

427    yet completed as the development rolled out in two phases with phase two

428    completed in June 2020 Renee as well as Mr. Butler and the whole team knows

429  that, and it was communicated several times as well as documented in the
430  project plan (exhibit -3)

431  • Mr. Bass feedback was incorrect because he was saying the document that
432  Plaintiff was working on since August is far from finished is inaccurate as
433  Plaintiff created four different documents for Salesforce, each for different
434  objective and context, Plaintiff communicated to Mr. Bass via email to explain
435  the different document (exhibit- 3), yet this invalid feedback still counted for
436  failing Plaintiff on this task which is totally unfair.

437  • Expectation 3: Plaintiff's manager had typo in his response, yet Plaintiff was
438  blamed for grammatical errors on draft documents not the final document with
439  is totally unfair. Embark tool which stands for AWS new employees training
440  plans that Plaintiff created. The training plans have built-in resources and
441  training links along with date of completion, when a plan is assigned to an
442  employee it preserves the link that was in the plan the date of the assignment
443  so if the training link expires later after the plan is assigned to an employee the
444  Plaintiff has no ability to view that link it or fix it, and Plaintiff shouldn't be
445  blamed for that, Plaintiff usually conduct quality check periodically and update
446  any new training links and resources so my manager nor the panel were
447  correct to fail me. Not to mention that managing those plans is very tedious
448  and time-consuming efforts which add to the huge work load the Plaintiff has
449  compared to the other program managers on the team.

450 • Plaintiff was blamed for the Responsible, Accountable, Consulted, Informed
451   (RACI) 1chart where Plaintiff was asked to design three RACI charts for each of
452   the subprograms as well as for the global project managers, this tasks was only
453   assigned to Plaintiff and none of the program managers were tasked with this
454   or expected to complete even though it is basic responsibility for any program
455   manager, Plaintiff completed that for the global Program Manager a year ago
456   and was asked to update it for the second time in the (PIP), while she updated
457   the roles and respective tasks with what Plaintiff knows in general for the other
458   subprograms and did her best, Plaintiff also asked the team to add any task
459   they handle, few team members were able to update, and many others were
460   fine with the Plaintiff input and have nothing else to update because they were
461   new and not fully ramped up on their roles yet and the new team members
462   indicated that they are still new and don't have clear insight yet on their
463   responsibilities which is why they can't contribute with, additional input. So,
464   Plaintiff did her part on this task and the reason of failing her on this task was
465   invalid as well.

466 ○ Plaintiff was blamed on Newsletter where she was assigned external facing
467   Newsletter for the first time on her (PIP) as all previous newsletter were internal
468   not external and this was the first time it was decided to created external facing
469   newsletter, and it was assigned a task on PLAINTIFF PIP without providing
470   guidance on how to handle this with the public relation team as usually any
471   external facing communication should be approved by the public relation team

---

1 RACI chart is project management table to outline team role and which list tasks and who is
Responsible, Accountable, Consulted and informed on each task.

before it is shared externally, and when Plaintiff had to do her own due diligence checking with senior management Richard Halket who advised that she should reach out to the public relation team which is the process for any external communication, Plaintiff was blamed for making due diligence effort to ensure proper channel approved the external facing content. Need to add that Plaintiff first created the first template of the internal newsletter in Jan 2019, and PLAINTIFF while alternating with Ms. Berry the quarterly task, PLAINTIFF created four Newsletter compared to only two created by Ms. Berry. hence that Ms. Berry was allowed to hire external person named Carol Hanko to create the newsletter when it is her turn.

o PLAINTIFF when was tasked to support the digital innovation team end of January 2020, three team members Ms. Condron, Ms. Carranza and Mr. Eden unjustly complained to manger that PLAINTIFF lacks "Earn Trust" on invalid grounds and without providing evidence of where they have identified the gap, the new team members complains to the Plaintiff manager was incorrect and unjust and very premature and they disregarded all the work that PLAINTIFF carried out during those two weeks building all assets for this new program, in addition to Plaintiff's efforts to build relations with internal and external busines partners.

o **Question: Does your employer have a history of showing bias toward persons in your protected class?**

o Answer: pulling hiring records, the employers has biased against employees from middle eastern background, I was brought in not direct hire but temp to

22

495    hire, to see middle eastern origin person been directly hired at Amazon is very

496    rare, while I do not have records to Amazon recruiting archived files, but I am

497    sure if we pulled those up, the trend can be noticed clearly. I witnessed couple

498    cases where qualified people with accents were placed on the no hire list as a

499    result of their interview when I was on the interview loop.

500    o **Question: Are there noticeably few employees of your protected class at**

501    **your workplace?**

502    o Answer: Yes, most team members in my team are white American of third of

503    fourth generation of Western European origins.

504    o **Question: Have you noticed that other employees of your protected class**

505    **seem to be singled out for adverse treatment or are put in lower ranking**

506    **positions?**

507    o **Answer:** Yes, there are very few of people with same protected class hired, but

508    if they are, they usually are not given a high-ranking position that suits their

509    credentials.

510    o **Question: Have you heard other employees in your protected class**

511    **complain about discrimination, particularly by the supervisor or manager**

512    **who took the adverse action against you?**

513    o **Answer:** in PLAINTIFF direct team there is no one in her protective class

514    reports to Plaintiff manager Mr. Butler but the PLAINTIFF.

515    o **Question: Are there statistics that show favoritism towards or bias against**

516    **any group?**

Confidential

23

○ **Answer:** I am sure there are, but I have no access to those records. For me HR never helped me in my promotion when I was on the first team nor at my current role with the rigged PIP, hostility or favoritism that I experienced.

○ **Question: Did your employer violate well-established company policy in the way it treated you?**

○ **Answer:** Yes, the company's policy is against bullying and hostile work environment, and sexual harassment retaliation.

○ **Question: Did your employer retain less qualified, non-protected employees in the same job?**

○ **Answer:** Yes, for the program manager role, none of the current program manager ever had program management professional certification, nor had good experience in project management, most of the new hire had 2 years or no experience in project management and hired to be trained.

○ In addition, Plaintiff had the highest number of badges compared to Ms. Berry considering both started around the same time, badges are obtained upon employee completion for certain training, considering PLAINTIFF completed her studying for those courses during the weekends only. Plaintiff earned badges as a result of obtaining passing scores, those badges are visible on Plaintiff employee profile and can be viewed in Appendix 6.

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF VIRGINIA          1

APPENDICES                                                          2

539    EMAIL WHERE MS.BERRY STARTED CLAIMING PLAINTIFF WORK          7

540    EMAIL TO HR ASKING TO ADDRESS HOSTILITY          14

541    EMAILS TO HR INVESTIGATOR          21

542    EMAIL TO JASON TO CLARIFY THE HIS CONFUSION REGARDING HIS INCORRECT
543    FEEDBACK CITED IN THE PIP          29

544    EMAIL ISSUE AGAIN WITH JENNIFER WHITESPEAR TO BEN          32

545    EMAIL TO BEN PLACED ME ON PIP WITHOUT PRIOR UNDERPERFORMANCE NOR
546    EVALUATION          33

547    JENNIFER  CONTINUED  PUSHING  BACK  ON  CALPOLY  INFO  ENTRY  AND
548    WITHHOLDING GRATING ME ACCESS          36

549    PLAINTIFF  FINALIZED  SALESFORCE  DASHBOARD  AND  SHARED  WITH  VP  OF
550    PUBLIC SECTOR          46

551    JENNIFER CLAIMED PLAINTIFF WORK          48

552    RENEE  BERRY  AND  PLAINTIFF  BACK  AND  FORTH  EMAIL  CONFRONTATION
553    ABOUT SALESFORCE.          56

554    EMAIL CHAIN HAD TO COPY ROB CAREY   MARCH OUR VP REPORTING PERSON
555    TO GET JENNIFER AND RENEE TO COLLABORATE AND START ENTERING THEIR
556    ACTIVITIES IN SALESFORCE          63

557    TIMELINE          66

558    SECURITY TEAM RECOGNITION EMAIL 2015          70

559    COMMUNICATION WITH HR AND SKIP LEVEL MANAGER FOR PROMOTION BLOCK
560    IN PREVIOUS ROLE DEC 2017          72

561    **Appendices**
562
563
564    **Appendix 1** **Email Mr. Butler addressed hostility with Renee and Jennifer in**
565    **July 2019,** email below

566
567 **From:** Maksosa, Lama
568 **Sent:** Friday, July 12, 2019 8:56 AM
569 **To:** Butler, Ben <@amazon.com>
570 **Subject:** RE: concerns hopefully will close out
571
572 Hi Ben,
573
574 Sorry for the delay I wanted to send that yesterday at night but didn't chance to
575 finish it up as it is draining really...
576 Thanks for setting time tomorrow to with Renee and Jennifer points to discuss so we
577 can stop undermining me and stop the pettiness going on behind the back that will
578 impact my work, I don't care what they talk behind my back as long as it doesn't
579 affect my work or undermine me at work.
580
581 Trends with Jennifer:
582
583 Since Jennifer started I was support for all her onboarding needs as any new hire, in
584 addition have been accommodating and team player working around lots of missed
585 deadline she had (cic report, 2x2) also accepted to cover for Jennifer handling the
586 credit request for Calpoly after I trained her and handed off to her in March, upon
587 her request that she needed to study for her CPC I continued covering for her even
588 though I have a lot I am working on, I also had three additional shadowing session
589 with her so she can see from start to finish the process, items below been trending
590 and I am getting unfriendly hostile attitude from her:
591     1.     CIC summit, while I was working on the CIC event report and sent email
592     to the team asking them to add to my report so we can send to Paul to send out
593     by the deadline, and Paul usually copy you, me Peter on the CIC summit
594     correspondence since we were the coordinators on the summit and POCs, at
595     that time Jennifer was out and came late after the deadline we gave the team to
596     provide feedback, she pinged me wanted to have her input in, so I asked you
597     and you said ok, she provided her input then gave the report we finalized to
598     Paul to send out to the attendee and excluded me, I mentioned that to you and
599     you said you talked to her, but that made me look bad in front of the outside
600     attendees, to see my name was deleted and Jennifer name was added,  I
601     worked on the CIC summit and was on all correspondence so cutting me off
602     wasn't nice.
603     2.     During the report meeting Jennifer kept saying the meeting wasting her
604     time and she identified gaps in the process, I asked her during the meeting to
605     cite those gaps, she said she had them somewhere, so she asked for action
606     items for the meeting, I said this fair request and sent out reply with action
607     items as well as I asked her about the gaps she said she identified, she then
608     came back and said no gaps, so why she was defaming me and undermining
609     me? (You have that email, so I didn't attach it here)
610     3.     Why when we suppose to collaborate, I have to explain my self,
611     (attached second email), we wasted time back and forth because she didn't

26

612      want to copy me on credit team email, why she has to only talk to me like this
613      while in the PM meeting she uses very low voice with Renee, I don't care if they
614      team together, but why teaming against me? I understand that Renee projects
615      that she has higher up and speaks like she is president of many companies
616      and she has lots of higher up connection that Jennifer would want to kiss up
617      to but shouldn't be on my expense.
618
619   Issues with Renee: I like to know why she is doing this and how we can get to the
620   bottom of it and establish respectful collaborative teamwork environment.
621
622   Since Renee was at Calpoly getting information regarding challenges was like
623   extracting wisdom tooth, she kept want to experiment with Airtable and asana and
624   we couldn't get list of challenges until I had to build in the interim tracker so I can
625   feed the info for the DI 2x2 tracker monthly reporting.
626      1.   I tried to help her on Airtable and submitted ticket to IT security when
627      they came back and said we can use Asana or playbook, so I asked she can
628      use asana yet no challenge list was provided.
629      2.   She received credit report from Amie (the report that had missing info)
630      she never submitted any credit request, then Peter asked me to cover on that
631      and do my discoveries to figure out the process to submit Calpoly credit which
632      has her responsibility.
633      3.   Every time I try to schedule meeting with her to get status update, she
634      will change the time and I accommodate her time to 7PM my time, yet she will
635      either be at a hotel when many interruption, or she had to visit the rest room
636      many times so those meeting weren't ever productive.
637      4.   When I visited Calpoly and arrange meeting in person with her at
638      SPB10, she showed up, had argument with Nick then cancelled on me.
639      5.   I realize she had issue working with Calpoly team why I was the one she
640      lashes at?
641      6.   Also when I build the wiki back in May, she said that was her job, you
642      suppose to build the calpoly wiki and website as it been launched 6 month
643      now, but those were never built.
644      7.   She came back during the CIC summit, she didn't offer to help which I
645      understand she wasn't supposed to, onetime Doris who was taking care of
646      Breakfast catering forgot to get water bottles so I decided to go get water and I
647      asked around anyone who had cars since everyone was out of town, so I asked
648      her if we can do that, she was very upset and told me what else you are
649      missing did u do proper planning for this? Which was very demeaning, I went
650      with her around the block and got box of water bottles but I said to myself
651      definitely next time I will get an uber or asks someone else for sure, but I was
652      expecting team collaboration.
653      8.   Since she came back, she tries to undermine me, first the group
654      calendar thing, then claimed that I set up too many meeting, weekly and
655      monthly, she changed that and reinstate same meeting frequency with
656      different name, not sure why?

9.      We established Raci and I thought we can be collaborative on global items and handle individually our respective Cic we support, she does behind the back the wiki plan and I was the last to know, then wisdom, what I get is she is wiping my work and tries to get her work to be visible, she communicate with me copying you only and rarely respond to IM and if so maybe next day or in few days later to an email.

10.     She keeps purposely excluding me from team agenda if was to provide items review.

Thanks,
Lama

From: Butler, Ben
Sent: Monday, July 8, 2019 4:00 PM
To: Maksosa, Lama
Subject: Notes on our 1:1 discussions today

Lama,
Thank you for your 1:1 time today and I think we went through a lot of issues and hopefully we addressed them
all.
Topics we discussed:
1) Please escalate any time you feel you are being disrespected or bullied by anyone on the team.
2) Please let me know if you do not get a timely response, 2 business days, on a request for information or update that you are doing for the program.
3) Regarding the CIC meeting for the CIC Credit Utilization report:
a. It seems in general, the meeting did not go well from anyone's perspective, let's try to use the Amazonian doc review process to do future meetings such as these.
b. I will speak with Peter about setting expectations and background
c. Escalate to me if you feel there is a meeting that should not happen and let me know why
d. Please feel free to let me know ASAP if you feel you are being disrespected or thrown under the bus and let me know, even if I am on vacation, just Chime me.
e. Be cognizant of getting emotional and defensive in a meeting, people tend to remember that
versus the points you are trying to make, even if you are correct. Try to keep cool and escalate to me.
f. I am glad we had a chance to conference Jennifer in and get you the opportunity to express your point of view.
g. I am less concerned about your thought process nor that you didn't think through the report, what I am most concerned about is how you can learn from this experience and how you would handle this situation in the future.

702   4) Overall, I know you are working hard but please don't take people being critical of
703   work as a personal attack or that you have to defend yourself. I know it is difficult,
704   but no one has told me it is not because you are not prepared or working hard. If you
705   feel the audience does not have the background, cancel the meeting or remove
706   yourself from it or pull me in.
707
708
709
710   a. We have had several discussions at Forte, with the Amie discussion in Feb
711   regarding credits,
712   with our discussions regarding Renee, and not this Credits meeting with you feeling
713   disrespected.
714   b. I truly don't think everyone is trying to do that but I am very sorry you are feeling
715   that way.
716   5) You have requested that if anyone in the future makes a comment that I let you
717   know. I will be sure to do ask for the data points they are referring to, such as Renee
718   saying she is
719
720   6) Please be careful about what you share to customers, such as stating you didn't
721   know about the service owner tool or showing screenshots of internal tools with a
722   customer on the email thread. Also, work Through Jennifer on any Cal Poly credit
723   issues.
724   7) Renee will own the wiki and wisdom, I am trying to give you large pieces of
725   responsibility for you to own, such as the CIC Credits Process, the CIC Salesforce
726   process, and the CONOPS program management, in addition to EMEA PM, if you
727   focus on getting these to be bar raising and not worry about what you have or don't
728   have in terms of responsibility.
729
730
731   2 I acknowledge that I misinformed the team that you were doing Wisdom, in fact
732   Renee will do both and you will work on the other above-
733   mentioned items.
734
735   a. Please let me know if you would like me to support you in a call with Renee, like
736   what we did
737   with Jennifer.
738
739   You have a lot to offer the program and I look forward to the results you will bring. I
740   am trying to give you the bandwidth and responsibility to get these done.
741
742   Thank you, Lama!
743
744   Ben Butler
745   Global Lead, AWS Cloud Innovation Centers
746
747   Credit meeting email below:

748
749  **From:** Maksosa, Lama
750  **Sent:** Tuesday, July 2, 2019 9:39 AM
751  **To:** Whitespear, Jennifer <@amazon.com>
752  **Cc:** Gallagher, Peter <@amazon.com>; DeSorda, Mike <@amazon.com>; Bass, Jason
753  <@amazon.com>; Sheeran, Jude <@amazon.com>; Butler, Ben <@amazon.com>; Berry,
754  Renee <@amazon.com>
755  **Subject:** RE: Credit utilization report
756
757  Ok, thank you Jennifer, I will create formal PM SOP document once I finalize the CIC sponsor
758  one.
759  Best,
760  Lama
761
762  **From:** Whitespear, Jennifer <@amazon.com>
763  **Sent:** Tuesday, July 2, 2019 1:12 AM
764  **To:** Maksosa, Lama <@amazon.com>; Gallagher, Peter <@amazon.com>; DeSorda, Mike
765  <@amazon.com>; Bass, Jason <@amazon.com>; Sheeran, Jude <@amazon.com>; Butler,
766  Ben <@amazon.com>; Berry, Renee <@amazon.com>
767  **Subject:** RE: Credit utilization report
768
769  Hi Lama,
770  I've added my feedback to the CIC credit process here:
771  https://amazon.awsapps.com/workdocs/index.html#/document/2fd2f7872ca0e07b6ae28a77e3
772  ec97decd8b0970e9c426494006f963d7d63f08
773  The process gap I had identified was that there were no SOPs written for the PMs on how to
774  handle credits – but you have written that since my statement, so no longer a gap.
775



Thanks,
**Jennifer Whitespear**
Project Manager, Cloud Innovation Center

**From:** Maksosa, Lama <@amazon.com>
**Sent:** Thursday, June 27, 2019 2:07 PM
**To:** Whitespear, Jennifer <@amazon.com>; Gallagher, Peter <@amazon.com>; DeSorda, Mike <desorda@amazon.com>; Bass, Jason <@amazon.com>; Sheeran, Jude <@amazon.com>; Butler, Ben <@amazon.com>; Berry, Renee <@amazon.com>
**Subject:** RE: Credit utilization report

Hi Jennifer,
Please see clarification to my request below ( in green ) as only two of the four listed are for you to act on since you are onsite and are able to communicate directly now with the credits recipients.
Thanks,
Lama
**From:** Whitespear, Jennifer <@amazon.com>
**Sent:** Thursday, June 27, 2019 4:43 PM
**To:** Maksosa, Lama <@amazon.com>; Gallagher, Peter <@amazon.com>; DeSorda, Mike <@amazon.com>; Bass, Jason <@amazon.com>; Sheeran, Jude <@amazon.com>; Butler, Ben <@amazon.com>; Berry, Renee <@amazon.com>
**Subject:** RE: Credit utilization report

Hi Lama,

I just want to ensure that I'm capturing your request to me accurately:

- Initiate and document the process for CIC challenge credit utilization **(Lama is handling )**

- Research and update missing information on the historical Cal Poly 'all in' and CSU credit tracking report **( Jennifer to handle since she is onsite ( this credit request tracker is separate report from the credit utilization report), request to map the 6 published challenges  to credit requests tracker , and for the 7 currently in prototype, as for the other missing information related to the credit recipient POC , this is not urgent but when possible since you can now reach out to them directly which I wasn't able to as I wasn't provided their POC info), you just maintain the report and update it for new credit code requests so it is current and maps to the published challenges and challenges in porotypes .**

- Document the process for initiating, communicating and tracking credits (the act of actually requesting/granting credits) **( Lama is handling the CIC Sponsor credit process document from the point the CIC sponsor initiate the request to the point the credit code is provided back to the CIC sponsor by the CIC PM )** <u>**but will not address how each CIC sponsor decided to allocate credit to challenge over the other as this is internal to the CIC sponsor and how they desire to award the credits**</u>

- Read through the credit best practices document and outline any potential gaps **( Jennifer – since you mentioned when you start handing the credit request this month you identified gaps compared to the current process, please send us those process gaps you identified to dive deep into root cause and update the process to cover those gaps)**

Could you  help me identify how I should prioritize this work (what is needed immediately vs. what can be done over the next month)? I just need to plan for how to best support my immediate team along with this request - and along with the other request for documenting challenges in SFDC.

Thank you!

**Jennifer Whitespear**
Project Manager, Cloud Innovation Center


**From:** Whitespear, Jennifer
**Sent:** Thursday, June 27, 2019 12:55 PM
**To:** Maksosa, Lama <@amazon.com>; Gallagher, Peter <@amazon.com>; DeSorda, Mike <@amazon.com>; Bass, Jason <@amazon.com>; Sheeran, Jude <@amazon.com>; Butler, Ben <@amazon.com>; Berry, Renee <@amazon.com>
**Subject:** FW: Credit utilization report

+Renee

**Jennifer Whitespear**
Project Manager, Cloud Innovation Center

32

848 @ Cal Poly Digital Transformation Hub (DxHub)
849
850
851
852 **From:** Maksosa, Lama <@amazon.com>
853 **Sent:** Thursday, June 27, 2019 11:43 AM
854 **To:** Gallagher, Peter <@amazon.com>; Whitespear, Jennifer <@amazon.com>; DeSorda,
855 Mike <@amazon.com>; Bass, Jason <@amazon.com>; Sheeran, Jude <@amazon.com>
856 **Cc:** Butler, Ben <@amazon.com>
857 **Subject:** RE: Credit utilization report
858
859 + Ben as forgot to CC Ben
860
861 **From:** Maksosa, Lama
862 **Sent:** Thursday, June 27, 2019 2:33 PM
863 **To:** Gallagher, Peter <@amazon.com>; Whitespear, Jennifer <@amazon.com>; DeSorda,
864 Mike <@amazon.com>; Bass, Jason <@amazon.com>; Sheeran, Jude <@amazon.com>
865 **Subject:** RE: Credit utilization report
866
867 Hello everyone,
868 The attached report excel version measures the Credit Utilization ratio against the credit codes
869 requested to date to determine effective utilization of our AWS product for POC prototyping
870 solutions , since Lama identified poor credit utilization created qualitative survey with Daniel (
871 CalPoly intern)  to see root cause of the poor utilization, survey and questions are in the
872 attached email.
873 The excel report capture all historical credit request for Calpoly prior to lama handling the
874 process July 2018, as well as all credit code request todate.
875 Action needed since todate this never supplied :

876    1. The report todate doesn't have any of the 6 published challenges POC credit code
877      request , we need to identify the account associated with those published challenges**.**
878      **Jennifer owner**
879    2. The report has historical request that missing information on the challenge recipient
880      column, we need those information populated. **Jennifer owner**
881    3. **Jennifer** to reply to this email with Gaps identified as she started processing credit code
882      requests hence she is now able to communicate directly with the credit recipient which
883      was not an option to lama as she was never provided the POC for the credit recipient
884      and all the communication was going through Paul to provide the credit codes to
885      recipient as well as determining the credit code amount and respective challenge name
886      on the credit request from.
887    4. CIC sponsor credit process will be reviewed by **Jude, Lama** will incorporate his revision
888      and finalize and post the document for the team feedback before it is shared with the
889      CIC sponsor by next week.
890    5. CIC credit process for the PM will be created to capture additional steps that the PM will
891      do, and reviewing the gaps Jennifer is going to share to ensure they are addressed and
892      captured, **Lama** will create a follow meeting next week for review.

893   Thanks,
894   Lama
895
896
897
898

899   **Email where Ms.Berry started claiming PLAINTIFF work**
900   **From:** Butler, Ben >
901   **Sent:** Wednesday, July 3, 2019 12:58 PM
902   **To:** Maksosa, Lama <
903   **Subject:** Re: CIC Initiative Wiki Content
904
905   Thank you, for bringing this to my attention.
906
907   I have to get on a call but we can discuss a little later if this does not clarify.
908
909   We changed that during the RACI call that you and I had with Renee.  Sorry, I made
910   the mistake of saying that you were doing Wisdom (Renee pinged me about that ,too)
911   and that caused confusion.
912
913   We initially had you to be the primary at the beginning of the call, but later on in the
914   call we changed it to Renee as you wanted to take on the Salesforce innovation
915   challenge project.  I'm pretty sure I did that change during the call and sorry if it was
916   not clear.
917
918   The Salesforce tracking is really important to me so I would like you to spend more
919   bandwidth on that and get that figured out.
920
921   Ben
922
923   **From:** Lama Maksosa >
924   **Date:** Wednesday, July 3, 2019 at 9:20 AM
925   **To:** "Butler, Ben" >
926   **Subject:** FW: CIC Initiative Wiki Content
927
928   Hi Ben,
929
930   I am confused , on our Raci meeting , It was determined that I have the lead on the
931   wiki and Renee the lead on wisdom page, then that was changed without notifying
932   me other than the email below, as Renee created new wiki pages and now you are
933   asking that she is the lead on wisdom, can you please clarify to how the updates for
934   both will take place so I am clear.
935
936   Thanks,
937   Lama

938
939 **From:** "Butler, Ben" <@amazon.com>
940 **Date:** Friday, May 24, 2019 at 5:56 PM
941 **To:** "Berry, Renee" >
942 **Cc:** AWS WWPS CIC Distro
943 **Subject:** Re: CIC Initiative Wiki Content
944
945 Thank you, Renee
946
947 I have asked Renee to start updating content on our wiki.  We will be transferring our
948 updated tenants, FAQs, press release and I also want to get a good first version of
949 each of the initiative wiki pages.
950
951 We're getting a lot of interest from the public sector team members worldwide
952 regarding our program, as well as what's going on terms of challenges at our various
953 initiatives and we need to develop the content to be able to point them to.
954
955 We are also working on a website and Lama is also working on getting us a Wisdom
956 page, but in the meantime we need to get the content developed for our wikis.
957
958 Thank you,
959 Ben

960
961
962
963
964
965
966 **Print screen of the wiki I created below for the global as well as the local, hence
967 the wisdom page was created by Erin Mantz who is our Marketing person and
968 not by Renee Berry:**
969
970 • **Attached the global wiki ppt that I have created power point**
971
972 • **Also attached the EMEA wiki I have created in power point.**
973
974
975
976
977 **Appendix 1 -** Email 2 with my manager and HR on PIP status:
978
979
980
981 **From:** Lama Maksosa <@amazon.com>
982 **Date:** Wednesday, April 22, 2020 at 5:54 PM

983   **To:** "Butler, Ben>
984   **Cc:** "Chan, Joyce" >, Josh Weatherly >
985   **Subject:** RE: Pip tasks status
986
987   Hi Ben,
988
989   I have replied to your points in blue below:
990
991   Thanks,
992   Lama
993
994   **Email status report showing completion of PIP:**
995
996   **From:** Maksosa, Lama
997   **Sent:** Saturday, May 2, 2020 11:50 AM
998   **To:** Butler, Ben < @amazon.com>
999   **Cc:** Chan, Joyce < @amazon.co.jp>; Reuder, Maria < @amazon.com>
1000  **Subject:** RE: Pip tasks completed
1001
1002  Hi Ben,
1003
1004  PIP tasks summary:
1005      1. Bahrain project plan up to date and can be found <u>here</u>- new hired engagement
1006         manager starting June 1, Ron Tylor is an interim appointed from Preserve.
1007         Established new meeting frequency agreed upon by all starting next Tuesday.
1008      2. Embark plan steps and plans are up to date- reviewed with you on April 9 and
1009         29.
1010      3. Newsletter was completed and shared with you and the team per the timeline
1011         (attached email).
1012      4. Salesforce instruction for the CIC and the DI attached. Feedback captured on
1013         WorkDocs <u>here</u>.
1014      5. RACI charts completed and shared with the team after two review meetings
1015         with you on 4/2, 4/30.
1016          a. RACI was shared with the team to provide new input related to new roles
1017             as a result of the new org released last week email subject line team
1018             input needed by May15. And also email subject line Salesforce CIC
1019             challenges entries as of April 30 where Jason mentions his new task
1020             replying to my initial Salesforce activity report that I shared with the
1021             team.
1022          b. RACI chart was shared with the WWPS DI team during weekly meeting
1023             4/13, and action reminder was requested in the email attached subject
1024             line WWPS DI meeting notes 4-20, and other follow up on email subject
1025             line WWPS DI RACI update request by May 15.
1026          c. Global RACI chart was shared with Renee for her input last Friday after
1027             meeting with her, and asked her to send her input <u>here</u> but she didn't

1028                        provide any input to what I already had there so I created new one and
1029                        uploaded it here along with the CIC PM RACI.
1030
1031 Thanks,
1032 Lama
1033
1034 **Email status report replying to the unfair assessment that my manager replied**
1035 **to me prior to the final week of my PIP milestones, where he provided**
1036 **outrageous feedback.**
1037
1038
1039 **From:** Butler, Ben <@amazon.com>
1040 **Sent:** Friday, April 17, 2020 3:16 PM
1041 **To:** Maksosa, Lama <@amazon.com>
1042 **Cc:** Chan, Joyce <@amazon.co.jp>
1043 **Subject:** Re: Pip tasks status
1044
1045 Hi Lama,
1046
1047 Thank you for the follow up. I would like to share with you and Joyce the summary
1048 of our discussions the past couple of weeks.
1049
1050     •  Task 1: You are meeting the bar: I have received positive feedback from them,
1051        but Jude thought the meetings could be more valuable if there were decisional
1052        meetings then just reporting out action items
1053 Task 2: You are meeting the bar: The Embark plans and update mechanism seem to
1054 be in place and we will use Jubleen's new hire orientation plan as a test to see how
1055 the plan is working*[LM]* With respect to Task 2, I made several adjustments to
1056 improve on-boarding and communication mechanisms:
1057     1. I updated the four Embark plans with updated tasks for all new hire CIC team
1058        members.
1059     2. For each plan, I removed all DI team and other leadership from the "to meet"
1060        tasks.
1061     3. I added CPC exam information to all four plans.
1062     4. I validated managerial training links with Ben and the training team and then
1063        removed the expired links for manager training (I can't view those links since I
1064        am not a manager).
1065     5. I validated that the TVBD wiki was retired and then removed the obsolete link
1066        from all plans.
1067     6. I have created feedback survey on Qualtrics and added it to each Embark plan
1068        to more effectively close the feedback loop and create a mechanism for
1069        continual improvement.
1070     7. For each plan, I created DL lists with instructions on how to join and maintain
1071        shared team calendar documentation.

8. I added the Quip training tracker link that I created so that new team members can add their info, added contact link on quip to all plans, and validated/updated all the links to ensure a smooth user experience.

9. Created document for all our distribution list, shared calendar and outlined instructions on how to join each, and how to add the shared calendar and added it to all plans.

10.        I revised Jay's Embark plan to contain both training from CIC and BTS after it was assigned by his manager and ensured all CIC tasks were added to Jay's plan.

11.        Assigned Jubleen new Embark plan.

- Task 3: Still to be determined: I saw the soliciting of the inputs to the newsletter and look forward to the draft you prepare given you know the expectation of quality*[LM]* (attached the email with link to the newsletter)
- Task 4: Not on track as this is still an area of improvement - Please send me the Word version of the Salesforce documents in PDF attached and I will provide a more detailed feedback response on those
  - Overall, there are still some grammar and word choice that needs improved
- I saw the feedback from Lorena and Amie which overall positive but please respond back to their questions when you can *[LM]* (I have replied to them)
  - *[LM]* based on the PIP, I am scheduling the Doc Review with the team for this Friday, 22 April. I will send a meeting invite on Tuesday with the requisite Salesforce documents attached.
- Task 5: TBD, I know we are meeting on Monday, thank you for starting this one as well.
- Overall:
  - While you have had a bias for action on being proactive in your communication to me and your stakeholders, my overall concern is still centered on earning trust with team members, such as:
    - Your communication style with teammates still needs much improvement

1. I received unsolicited feedback from Noah (on DI wiki inputs) *[LM]* You received unsolicited feedback from Noah regarding wiki inputs and shared the Chime screen shot. I'm somewhat confused as to the meaning. Since he was working on the content, I thought it appropriate to ask him to add the Venn diagram I created to the wiki. Should I have approached this differently? and Monica (on DI logo development) about the communication churn and difficulties with getting thorough and clear information the first time (if true) between you*[LM]* Monica expressed concern over communication churn and difficulties with getting thorough and clear information the first time. I think we had a miscommunication as Monica was expecting a design logo that is different than the generic logo. I explained that I was told, after many discussions with several branding teams, that the logo shown below is the only approved design for an externally shared AWS program. I wish Monica would have engaged me directly as I would have gladly clarified the situation again and worked with her to think creatively about other options to incorporate her vision in other ways.

1118      I have tried to ensure full transparency by sharing this information via email to
1119      the whole DI team and copying you as well, but I am open to other suggestions
1120      on how to collaborate more effectively on this topic.
1121
1122    *[LM]*
1123          ▪ The way you communicate to others gets escalated to a defensive
1124            tone, and it makes team members want to start avoiding you
1125            directly so as to not upset you and they ask me if it is okay if they
1126            don't respond to you.  *[LM]* if this is the case, why they don't send
1127            an email to you and me to rather than complaining to you behind
1128            my back? can you please cite the situation where I got defensive? I
1129            explained in the past the issue I had with Jennifer and Renee on
1130            discrediting my work, affecting my deliverable when pushing back
1131            on Salesforce entry for challenges for few months (attached email I
1132            sent you regarding that).
1133            It's deeply concerning to me that my teammates don't work with
1134            me directly when they have a concern with me or my performance.
1135            Amazon is a data driven company that privileges direct
1136            communication and honesty; I am vocally self-critical of my
1137            mistakes and very open to feedback, but I do expect the
1138            professional courtesy of receiving that feedback directly when it is
1139            valid.  Off-handed remarks to you are not actionable feedback and
1140            tend to lack really critical context and defeat the purpose.  I am
1141            committed to working with this team to find the right forum where
1142            all voices and perspectives can be heard and balanced against the
1143            priorities of this team.  We know you rely on these perspectives so
1144            you can make the best decisions for the organization.
1145
1146          ▪ I have directly given you feedback on this communication churn/
1147            difficulty when you kept asking me questions, example attached
1148 *[LM]* I had to reach out to you on this one because you only had two dates in the PIP ,
1149 and I needed clarification regarding what exactly those dates represent, as you see in
1150 my newsletter email attached I had four dates that I aligned with you on later and
1151 those dates weren't reflected in the PIP, was it wrong that I reached out to double
1152 check on the missing information and asked for clarification to ensure I succeed in
1153 delivering on my PIP?
1154
1155          ▪ You also do not acknowledge or take ownership on some of the
1156            issues presented, but rather it is also at the blame to someone
1157            else; therefore, nothing can be changed because all the fault is
1158            placed on others.
1159 *[LM]* Will you please specify those situations where I am blaming others and haven't
1160 been taking ownership? Can you please cite those issues? While that never me I
1161 welcome to be shared those situations so I can learn from.

- o At this trend, I remain very concerned that this behavior, mindset, and undermined relationships are not going to be improved and solved during your performance improvement period.
- o Please clarify the mindset and behavior and undermined relationship I have exhibited to whom?

Finally, please don't mistake my persistence in obtaining clarity on your feedback, claims made against my performance, or deliverable due dates as defensiveness. My clear understanding of these facts directly influences my future livelihood with Amazon, and I am passionate about rectifying any real or perceived shortcoming in my performance. I urge you, as I asked before, when these situations are communicated to you, please open the conversation professionally with the complaining party and myself, ask me for explanation, and hold me accountable if the concerns are valid. If the claims are invalid, I trust you will instruct the team to more effectively work through disagreement. I am a team player and would like that we foster healthy work collaboration as team.

I look forward to successfully completing this plan and applying this valuable experience to our future endeavors. Thanks Lama

Kind regards,
Ben
**From:** Lama Maksosa >
**Date:** Saturday, April 11, 2020 at 1:18 PM
**To:** "Butler, Ben" <@amazon.com>
**Subject:** Pip tasks status

Hi Ben,

1- Task1: status and project plan updated, you have the Asana link and you are copied on all emails, please let me know if you have any questions. Feedback received from Ghada, Jude and Nidal and you are copied on all emails and feedbacks.
2- Task2: Embark plan, you have the link to Asana updates instruction, attached are the survey results from new hires.
3- Task3: Newsletter input was due COB yesterday on quip, I am spending this weekend to compile the input.
4- Task4: PM and DI Salesforce engagement model guide attached the draft version and requested feedback, I forwarded you two feedbacks received from two account managers, Lorena Costanza and Amie Carobrese, I also requested feedback from all the individual you asked me to get their feedbacks.
5- Task 5 RACI chart, I set up time to review the three WIP charts and sent you the two invites.

Have a happy Easter weekend.

1208
1209   Lama
1210
1211

1212   **Email to HR asking to address hostility**

**From:** Maksosa, Lama
**Sent:** Saturday, April 25, 2020 2:27 PM
**To:** Chan, Joyce <chanjoyc@amazon.co.jp>
**Subject:** FW: Pip tasks status

Hi Joyce,

I signed up to improve at Amazon in good faith, but I find this PIP is rigged against me. I requested that I would be given the chance to work on it "peacefully", and it hasn't

I feel there has been a bias against me. At this point I like to be supported to move to another team so it is win-win situation, I have been working with other team membe

I would like to discuss options with you on Monday.

I also find Ben's comments below quite inaccurate, and I can provide support evidence if needed.

Ben is usually objective person, but I am not sure about the shift in his attitude toward me that started lately, and why is he siding with some team members that I previou

BTW the logo Ben is referring to is for the WWPS DI program, I designed it to reflect the name spelled out with two options since the customers will have no idea what the
and stickers files can be found here

Regarding Noah's chime, I think Ben meant to say "be and not <mark>by</mark> frugal …. ", I usually try to be frugal on chime. I prefer calls too. This particular message was concerning th
reference that in chime.

On tasks feedback on the word document, the step by step salesforce document was worked on in March, I had it for team feedback to finalize, Ben included that link wher
Salesforce document that is the road map Plan located here , this is still WIP as I am going to add phase 2 requirements and road map to it, then finalize it.

Thanks,
Lama

**From:** Butler, Ben <butlerb@amazon.com>
**Sent:** Friday, April 24, 2020 3:48 PM
**To:** Maksosa, Lama <maksosal@amazon.com>
**Cc:** Chan, Joyce <chanjoyc@amazon.co.jp>
**Subject:** Re: Pip tasks status

Hi Lama,

I have attached my feedback on two documents and written up my feedback on the status of the 5 tasks as work products from the PIP. I followed up on feedback from

Regarding feedback discussed before, I created a table to explain my feedback.

| Communication | Feedback received from teammates and/or stakeholders | Was the tasks accepted and actioned? | Ben's Feedback/Suggestions |
|---|---|---|---|
| 1.   Monica re: Logo | Monica expressed concern over communication churn and difficulties with getting thorough and clear information the first time.   In her email to you on April 8th she stated: "I am little confused as you and I spoke two weeks ago about ideas for a WWPS | No, because we decided to use the commercial DI logo?<br><br>I understand your point about wanting to be transparent and the difference between the program logo and a fun/swag logo.  I made the decision to maintain | If you had a conversation about a certain direction, you shoul different understanding that she had.( email WWPS DI Logo)<br><br>Furthermore, on the logo design that you shared was not acce horizontally out of proportion.  I have given you feedback seve help you as I see this as trend that you have difficulty handling program when designing the logo not sure why I was blamed? |

| | | | |
|---|---|---|---|
| | DI logo and this is not what we discussed. Also, I thought we were going to review the response from the design team before sending out to the larger group? "<br><br>In a conversation with me, she expressed that you and her had a conversation that you two were working together and when you sent it out to the greater team without her prior review surprised her. | the DI logo to keep consistent with the commercial DI team. I think we are spending too many cycles on this. | |
| 2.   Noah re: DI wiki inputs | Noah has twice come to me about the communication churn that you have had with him on chime messages. | Yes, I think it is more your style than what you stated or were trying to do.  The tone with him was professional and pleasant so the issue was not about that in this instance, but it was about the frequency.<br><br>For instance, you sent 27 chime messages to Noah on 4/7/2020 chime messages in a period of 34 minutes.  Noah is trying to be nice and responsive, but I hope you can see that causes frustration on his end on this type of frequency. | By frugal with your messaging on chime and on other's time. the only time I had longer chat because I was having interac |
| [BB]You also do not acknowledge or take ownership on some of the issues presented, but rather it is also at the blame to someone else; therefore, nothing can be changed because all the fault is placed on others.<br><br>[LM] Will you please specify those situations where I am blaming others and haven't been taking ownership? Can you please cite those issues? While that **never me** I welcome to be shared those situations so I can learn from. | [BB]this trend, I remain very concerned that this behavior, mindset, and undermined relationships are not going to be improved and solved during your performance improvement period.<br><br>Please clarify the mindset and behavior and undermined relationship I have exhibited to whom?<br><br>Finally, please don't mistake my persistence in obtaining clarity on your feedback, claims made against my performance, or deliverable due dates as defensiveness.  My clear understanding of these facts directly influences my future livelihood with Amazon, and I am passionate about rectifying any | Yes. The situations are from the feedback I have given you over the last 14 months.<br><br>Your response is usually: not my fault, it is others, people are ganging up on me, and even in your response, you state **never me**. | I do believe the claims have validity as I have observed enough of your again.<br><br>• DI Logo (Monica) ( email referenced in the section above)<br>• Chime Churn (me, Noah) chat script and notes in section al<br>• Issues with credit issuance (Amie) [LM] I don't recall any iss to be processed because they are against the CIC agreemer in credit issuance is due to the fact Amie provided partner<br>• Issues with Salesforce documentation (Jennifer, Renee)plea<br>• Issues with credits documentation (Jude, Peter, Jason B)<br>[LM] we had plenty of different opinions, I said the appendix and terms included in the CIC business case, this is the case even when they do na<br>       • Sending out that yc<br>[LM] yes it was shocking, I chimed Noah, and send email to Victoria bec their own from the beginning and excluding me, there was no set expec reporting needed and support.<br>       • Sending Jason Bass 63 text messages so he had to turn his<br>       • Outdated Embark plans – (members coming to me) [LM] fi<br>         only, why I am blamed for that, besides if Ben or other team<br>         once a month at the hour I allocate to do so, otherwise he n<br>       • Poor verbal and written communication (multiple team me |

real or perceived shortcoming in my performance. I urge you, as I asked before, when these situations are communicated to you, please open the conversation professionally with the complaining party and myself, ask me for explanation, and hold me accountable if the concerns are valid. If the claims are invalid, I trust you will instruct the team to more effectively work through disagreement. I am a team player and would like that we foster healthy work collaboration as team.

adequate time to write and proof read and so I can come w
with team input at the last minutes and have very short tin

- The outburst from you on the conference call when Peter v
  report had portion that was inherited since I started coverin
  only talking about the missing info without providing backg
  had to intervene and explain the purpose of the meeting an

- Emotional outbursts complaining to me and to others on h
  instance with the new DI to cause me to be placed on PIP w
  collaborate and share ideas they just criticize ( if you open i
  meeting, and I said ok let's dive deep and improve the proc
  till she answered that there was no process gap except the
  feedback for it later and had to defend myself? That is what

The defensiveness is not from the persistence. My statement about y
a topic, toxic statements saying you don't trust me, people are gangin
behaviors.

I have been professional with you, exhibited patience and have not ins
my thumb broken during that time, no one covered for me for the 2x2

You quickly get into escalated tones and you stop listening and you ju:
people to know that it is not just my opinion. This is not new or sudde
were not being respected. [LM] in my Feb2019 my surprise what I was
improvement that I shouldn't be very structured. I am again surprised

Kind regards,
Ben

**From:** Lama Maksosa <maksosal@amazon.com>
**Date:** Wednesday, April 22, 2020 at 5:54 PM
**To:** "Butler, Ben" <butlerb@amazon.com>
**Cc:** "Chan, Joyce" <chanjoyc@amazon.co.jp>, Josh Weatherly <joshwe@amazon.com>
**Subject:** RE: Pip tasks status

Hi Ben,

I have replied to your points in blue below:

Thanks,
Lama

**From:** Butler, Ben <butlerb@amazon.com>
**Sent:** Friday, April 17, 2020 3:16 PM
**To:** Maksosa, Lama <maksosal@amazon.com>
**Cc:** Chan, Joyce <chanjoyc@amazon.co.jp>
**Subject:** Re: Pip tasks status

Hi Lama,

Thank you for the follow up.  I would like to share with you and Joyce the summary of our discussions the past couple of weeks.

- Task 1: You are meeting the bar: I have received positive feedback from them, but Jude thought the meetings could be more
Task 2: You are meeting the bar: The Embark plans and update mechanism seem to be in place and we will use Jubleen's new hire orientation plan as a test to see how t
    1. I updated the four Embark plans with updated tasks for all new hire CIC team members.
    2. For each plan, I removed all DI team and other leadership from the "to meet" tasks.
    3. I added CPC exam information to all four plans.
    4. I validated managerial training links with Ben and the training team and then removed the expired links for manager training (
    5. I validated that the TVBD wiki was retired and then removed the obsolete link from all plans.
    6. I created feedback survey on Qualtrics and added it to each Embark plan to more effectively close the feedback loop and crea
    7. For each plan, I created DL lists with instructions on how to join and maintain shared team calendar documentation.
    8. I added the Quip training tracker link that I created so that new team members can add their info, added contact link on quip
    9. Created document for all our distribution list, shared calendar and outlined instructions on how to join each, and how to add
    10. I revised Jay's Embark plan to contain both training from CIC and BTS after it was assigned by his manager and ensured all CIC
    11. Assigned Jubleen new Embark plan.
- Task 3: Still to be determined: I saw the soliciting of the inputs to the newsletter and look forward to the draft you prepare g
- Task 4: Not on track as this is still an area of improvement - Please send me the Word version of the Salesforce documents in
    - Overall, there are still some grammar and word choice that needs improved
- I saw the feedback from Lorena and Amie which overall positive but please respond back to their questions when you can *[L*
    - *[LM]* based on the PIP, I am scheduling the Doc Review with the team for this Friday, 22 April. I will send a meeting
- Task 5: TBD, I know we are meeting on Monday, thank you for starting this one as well.
- Overall:
    - While you have had a bias for action on being proactive in your communication to me and your stakeholders, my
        - Your communication style with teammates still needs much improvement
    1. I received unsolicited feedback from Noah (on DI wiki inputs) *[LM]* You received unsolicited feedback from Noah regarding w
    add the Venn diagram I created to the wiki.  Should I have approached this differently? and Monica (on DI logo development)
    over communication churn and difficulties with getting thorough and clear information the first time.  I think we had a miscon
    teams, that the logo shown below is the only approved design for an externally shared AWS program.  I wish Monica would ha
    other ways.  I have tried to ensure full transparency by sharing this information via email to the whole DI team and copying yo

*[LM]*

        - The way you communicate to others gets escalated to a defensive tone, and it makes team members
        email to you and me to rather than complaining to you behind my back? can you please cite the situatio
        Salesforce entry for challenges for few months (attached email I sent you regarding that).
        It's deeply concerning to me that my teammates don't work with me directly when they have a concern
        open to feedback, but I do expect the professional courtesy of receiving that feedback directly when it
        team to find the right forum where all voices and perspectives can be heard and balanced against the p

        - I have directly given you feedback on this communication churn/ difficulty when you kept asking me q
*[LM]* I had to reach out to you on this one because you only had two dates in the PIP , and I needed clarification regarding what exactly those dates represent, as you see in

check on the missing information and asked for clarification to ensure I succeed in delivering on my PIP?

- You also do not acknowledge or take ownership on some of the issues presented, but rather it is also a
*[LM]* Will you please specify those situations where I am blaming others and haven't been taking ownership? Can you please cite those issues? While that never me I welc
  - At this trend, I remain very concerned that this behavior, mindset, and undermined relationships are not going to
  - Please clarify the mindset and behavior and undermined relationship I have exhibited to whom?

Finally, please don't mistake my persistence in obtaining clarity on your feedback, claims made against my performance, or de rectifying any real or perceived shortcoming in my performance. I urge you, as I asked before, when these situations are com concerns are valid. If the claims are invalid, I trust you will instruct the team to more effectively work through disagreement.

I look forward to successfully completing this plan and applying this valuable experience to our future endeavors. Thanks Lama

Kind regards,
Ben

**From:** Lama Maksosa <maksosal@amazon.com>
**Date:** Saturday, April 11, 2020 at 1:18 PM
**To:** "Butler, Ben" <butlerb@amazon.com>
**Subject:** Pip tasks status

Hi Ben,

1-   Task1: status and project plan updated, you have the Asana link and you are copied on all emails, please let me know if 
2-   Task2: Embark plan, you have the link to Asana updates instruction, attached are the survey results from new hires.
3-   Task3: Newsletter input was due COB yesterday on quip, I am spending this weekend to compile the input.
4-   Task4: PM and DI Salesforce engagement model guide attached the draft version and requested feedback, I forwarded y
their feedbacks.
5-   Task 5 RACI chart, I set up time to review the three WIP charts and sent you the two invites.

Have a happy Easter weekend.

Lama



1213
1214
1215
1216
1217
1218
1219
1220
1221
1222
1223
1224
1225
1226
1227
1228
1229
1230
1231
1232
1233
1234
1235

1236
1237
1238   **Appendix 3** **Email to VP of HR**
1239
1240   **From:** Wilson (HR), Ian < @amazon.com>
1241   **Sent:** Tuesday, May 19, 2020 7:22 PM
1242   **To:** Maksosa, Lama l@amazon.com>
1243   **Subject:** RE: Complaint - Please assist me
1244
1245   Hello Lama -
1246
1247   Thank you for reaching out with your concerns. MacKenzie Watson from our
1248   Employee Relations team will reach out to you to discuss further and gather the
1249   necessary details.
1250
1251   We take these matters seriously and appreciate the opportunity to review it more
1252   closely.
1253
1254   Regards,
1255   Ian
1256
1257
1258   **From:** Maksosa, Lama <@amazon.com>
1259   **Sent:** Tuesday, May 19, 2020 2:17 PM
1260   **To:** Wilson (HR), Ian <@amazon.com>
1261   **Subject:** Complaint - Please assist me
1262
1263   Hello Ian, hope your day is well,
1264
1265   I wanted to report that I have been subjected to prejudice and discrimination
1266   translated in harassing work environment, unfair work load, defamation and
1267   assuming credits for my work.
1268
1269   Also, sexual harassment from Jason Bass last February, I felt slightly his change of
1270   attitude towards me when I professionally rejected his offer, but it wasn't loudly
1271   portrayed till he provided his demeaning feedback on my work in the PIP. I didn't
1272   report it then because I was scared of retaliation so I said to myself I will keep
1273   professional with him as long as this will not impact my work, which was the same
1274   attitude I had to do with the other two team members that I raised concern with my
1275   manager since he tried to help address when he had time but they didn't stop.
1276
1277   Also I feel I been retaliated as a results of concerns I expressed in terms the following:
1278
1279   ☐      Cal Poly credits don't map to any solutions
1280   ☐      No solutions developed to date which was contradicting with the objective as
1281   stated in the agreement.

46