# IMPROVE PLAN

And

# MANAGER'S ASSESSMENT

(Author: Manager)

# EMPLOYEE APPEAL FORM

(Author: Employee)

# Pivot Appeal – Manager Performance Assessment and Employee Appeal Form

| |
|---|
| **Employee:** *Lama Maksosa* |
| **Employee Business Title:** *CIC Global Program Manager* |
| **Employee Level:** *L5* |
| **Manager:** *Ben Butler & butlerb@* |
| **Manager Level:** *L6* |
| **Improve Plan Start and End Date:** *March 17th and April 30th, 2020* |
| **Outcome of Improve plan:** *Unsuccessful* |

*The manager completed a performance assessment at the conclusion of an Improve plan, and it was presented to the employee to communicate the outcome of the Improve plan. The employee chose to appeal the manager's assessment of the Improve plan and has written a response. As a Pivot appeal reviewer, you will need to make a determination whether you agree or disagree with the manager's assessment of the employee's performance on these expectations.*

*The following describes expectations for the employee while on the Improve plan. The manager and employee have provided comments for each expectation.*

**Manager overall assessment:** Did the employee meet the expectations of the Improve plan? ☐ Yes ☒ No

# Pivot Appeal – Manager Performance Assessment and Employee Appeal Form

**Expectation 1:**

| Expectation 1 | Due Date | Associated LPs | Measurement |
|---|---|---|---|
| EMEA PM: Develop a comprehensive Bahrain CIC launch plan to include logistics, agenda, invitations, due dates, action owners, budget, and communications. | 3/20/2020 | Customer Obsession; Insist on the Highest Standards; Earn Trust | • Feedback from Tamkeen, University of Bahrain, and Bahrain Polytechnic<br>• Feedback from Nidal AlBasha, Jude Sheeran, Ghada Elkeissi, and Nicolas David<br>• Effectively communicating progress, blockers, and messaging about the event in a timely and clear fashion at least 2x a month<br>• Quality of project plan - does it have clear action, owners, due dates**, and status. I am looking for how well the plan is developed and relative dates/dependencies (e.g. PR review is done 3 days before launch)<br>• Plan includes a communication strategy. Launch event email communications after the launch<br>Your manager will receive positive feedback on a weekly basis from work partners about your collaboration, confirming that timelines were communicated appropriately and that your teammates were offered opportunities to contribute. After project meetings, send a meeting summary to attendees and request feedback. You will CC butlerb@ on the emails. Your manager will receive weekly feedback reports from work partners (including, not limited, to Jude Sheeran and Nidal Basha). The feedback reports should contain positive feedback every week. |

*Expectation 1: (Required Response– Maximum 250 words)*
**MANGER Assessment/Comments:**

Did the employee meet expectation 1 of the Improve Plan? ☒ Yes ☐ No

- I found the feedback and your emails on status update as meeting the bar. You shared the Asana detailed project plans and cc:'d me on the emails and weekly notes. I received positive feedback on your work, but also had feedback on your negative attitude towards your work on the Improve plan.
- From Ghada Elkeissi on Mar 29th: *Thanks for your support as usual.*
- From Jude Sheeran on April 8th: *Thank you for this very helpful summary of where things stand Lama.*
- From Jude on April 22nd: *I found this update very helpful, so thank you. Just one suggestion: the actions column seems to be a blend of actions, updates and people responsible. Might we evolve it into crisp actions, so rather than "Nidal and Nico are working with the UoE on the pilot challenge that is still in progress", we might simply say "[NAME] pilot completed" and add a column for the person/people responsible for the action.*

*Expectation 1: (Required Response– Maximum 250 words)*
**EMPLOYEE Response/Comments:**

As did like I do on any new initiative I work on, I created the project plan, sent email to stakeholder to align on project going forward, communication plan, meeting cadence, tools and documents repository, I created activity tracking template with our requirement and shared it with stakeholders, held weekly meeting and provided regular status update and action items with owners and deadlines for the upcoming weeks, managed budget spend and issued PO to support project activities, created waterfall dashboard for AWS credit tracking with actual to plan view, worked on project wiki pages creations and updates, created phone tools to award stakeholders, reviewed event blog posts and shared with marketing, updated the external website and provided contents, created folder structure in quip for WIP documents and when finalized stored them in WorkDocs.

# Pivot Appeal – Manager Performance Assessment and Employee Appeal Form

**Expectation 2:**

| Expectation 2 | Due Date | Associated LPs | Measurement |
|---|---|---|---|
| Global PM and DI PM: Launch the Salesforce Engagement Model and Documentation for both the CIC Program and the WWPS Digital Innovation Program with clear documentation for all stakeholders:<br>• WWPS Digital Innovation Leads<br>• CIC Program Managers<br><br>WWPS Sales Managers | 4/22/2020 | Invent and Simplify; Ownership; Insist on the Highest Standards | • Write a clear document with concise language<br>• No distorted images<br>• No grammatical and spelling mistakes<br>• Consistent formatting<br>• Professional look - not a draft<br>• Set up a doc review meeting by March 31st to see 1st review and then another by April 22nd for final review with me, the WWPS DI Leads, and the CIC PMs to review the document<br>• Share the document with a 2-3 sales people on the team to get their feedback. Your manager will receive positive feedback on a weekly basis from work partners about your collaboration, confirming that timelines were communicated appropriately and that your teammates were offered opportunities to contribute.<br><br>After project meetings, send a meeting summary to attendees and request feedback. You will CC butlerb@ on the emails. Your manager will receive weekly feedback reports from work partners (including, not limited to, Jennifer Whitespear, Renee Berry, Katherine Chao, Monica Carranza, Noah Eden, Victoria Condron, and Steven Kim). The feedback reports should contain positive feedback every week. |

*Expectation 2: (Required Response– Maximum 250 words)*
**MANAGER Assessment/Comments:**

Did the employee meet expectation 2 of the Improve Plan? ☐ Yes ☒ No

- You shared the document with sales and received mostly positive feedback, however most of the documentation was tailored to the CIC PMs without clear relevance to the value to the salesperson.
- On 4/24, you held a meeting and failed to invite Jennifer Whitespear, one of your key stakeholders, when meeting with the CIC PMs, and I provided you feedback on the document which had plenty of grammatical and spelling mistakes. Some of the images were hard to see and graphics that did not have a professional look to the document.
- From Renee Berry: *I am consistently not seeing an ability [for her] to understand key steps for moving forward, she is also not understanding basic feedback that is critical to getting the system to where we need as a team. As I expressed in our meeting, I'm concerned that this project is mission critical for our team and further delays in progress will hurt our entire team's ability to deliver on KPIs effectively.*
- Feedback from Jason Bass: *I have only given her feedback specifically about a document that she has written (such as the SFDC doc where I was more direct). I think it is pretty evident through, from my feedback in the doc (too much spelling and grammar issues, lack of context, poor ordering of items, etc) that there is enough information there to give specific examples on how a document that has been worked on for about a year is still far from ready.*

*Expectation 2: (Required Response– Maximum 250 words)*
**EMPLOYEE Response/Comments:**

1- Completed the requested two documents step by step instructions for the DI and CI subprograms on how to enter challenge or request to engage with our program teams (30+ pages each), I received positive feedback from many PMs and Account managers. I the process with our PM early via email sent on March 20 (see appendix item 1)

## Pivot Appeal – Manager Performance Assessment and Employee Appeal Form

On 4/24 I initially set up and accidently didn't have Jennifer then I forwarded the meeting to her, please see screen shot of meeting forwarded (items 2).

Renee Berry, Ben and all the team including her know that the interface rolled out in two phases, only phase 1 moved to production in Jan 2020 which provided MPV to meet 75% or our program reporting requirement, phase 2 still in progress. For Jason Bass, he was confused with regard to Salesforce documentation and other documents I created a year ago around AWS credit process, I created three Salesforce documents in the last three months, the first which is the Salesforce plan describes the interface phase 1 ROM and LOEs, finalized in Dec 2019. The other two were user's entry instructions for both the Cloud innovation and the digital innovation subprograms, those were created in March and shared with the team for feedback via email on March 20 and placed on WorkDocs to capture team feedback which still visible till now, then finalized end of April, so the comments provided here are outdated. (Document shown item 3,4 and 5 in the appendix)

Amazon HR Confidential

# Pivot Appeal – Manager Performance Assessment and Employee Appeal Form

**Expectation 3:**

| Expectation 3 | Due Date | Associated LPs | Measurement |
|---|---|---|---|
| Global PM: Develop a comprehensive employee on-boarding and Embark launch plan and a mechanism to keep templates up to date on a monthly basis. Create a recurring task in Asana to update the templates and mark it complete once a month that you have reviewed the on-boarding templates. | 4/10/2020 | Invent and Simplify; Hire and Develop the Best; Ownership | <ul><li>Set up a plan review meeting with me to document how you will update the Embark launch templates<ul><li>Review the template before launching for new team members</li><li>Feedback from new team members about the launch plan</li></ul></li><li>Document that provides new employees a clear understanding of name, purpose, and instructions to join our team's:<ul><li>Email lists</li><li>Shared mailboxes</li><li>Shared calendars</li><li>Shared documents</li><li>Team chime groups</li><li>WorkDocs structure</li></ul></li><li>Determine the number of templates you will manage and the core activities to update on a recurring basis</li><li>I will observe the quality of your documentation and ask members of the team for feedback</li><li>No out of date task that are more than 1 month old and all broken links are fixed or documented on progress to fix.</li><li>Feedback from new hires on-boarding</li></ul> |

Expectation 3: (Required Response– Maximum 250 words)
**MANAGER Assessment/Comments:**

Did the employee meet expectation 3 of the Improve Plan? ☒ Yes ☐ No

• You developed a thorough plan on the Embark templates
• We had an initial review on 4/9 and then a final review on 4/29.
• I marked that you met expectation per the Improve plan and the majority of the work you did leading up to the initial review, but I was not satisfied how you prepared for the final review. You stated you didn't really change the templates or incorporate my feedback in the initial review since you didn't have time. You built out an Asana project plan, but had not updated your tasks.
• You provided a Quip document, while it still looked in draft mode with left over comments and some inconsistent formatting. However, you did provide the relevant information on the distribution lists and shared calendars.
• I asked feedback from Jubleen Vilku as a new hire testing out the CIC PM Embark plan: It was not clear to her who was on the team and the roles they played. I sent her a wiki page that shows the full team members and their roles. Consider putting that in the wiki. This is an example to reduce having to update task, but still provide updated information. She thought the plan was great overall. She stated on 4/29: I didn't see major updates for the Embark plan just a few minor enhancements. I'll consolidate and send it over with the survey at the end of Embark plan.
• Link broken for 'Read the CIC Program Details Whitepaper' that you assigned to their launch plan.

Expectation 3: (Required Response– Maximum 250 words)
**EMPLOYEE Response/Comments:**

1. I updated the four Embark plans with updated tasks for all new hire CIC team members.
2. For each plan, I removed all DI team and other leadership from the "to meet" tasks.
3. I added CPC exam information to all four plans.
4. I validated managerial training links with Ben and the training team and then removed the expired links for manager training (I can't view those links since I am not a manager).
5. I validated that the TVBD wiki was retired and then removed the obsolete link from all plans.

Amazon HR Confidential

# Pivot Appeal – Manager Performance Assessment and Employee Appeal Form

6. I created feedback survey on Qualtrics and added it to each Embark plans.
7. I added the Quip training tracker link that I created so that new team members can add their info, added contact link on quip to all plans, and validated/updated all the links to ensure a smooth user experience.
8. I created DL lists with instructions in quip and PDF document for all our distribution list, shared calendar and outlined instructions on how to join each, and how to add the shared calendar and added it to all plans email it to Ben and Joyce on April 17 .
9. Jubleen shared the link with me via chime and I didn't have access to it too, so I directed her to where she can find the document, I showed HR Joyce on shared screen how the link Jubleen shared didn't work for me too.

# Pivot Appeal – Manager Performance Assessment and Employee Appeal Form

**Expectation 4:**

| Expectation 4 | Due Date | Associated LPs | Measurement |
|---|---|---|---|
| Develop a high-quality CIC Quarterly newsletter for Q1 2020 | 4/17/2020 | Customer Obsession; Are Right, A Lot; Insist on the Highest Standards | • Goal is to publish the newsletter by April 30th (to cover Jan - Mar dates) representing the group's collective input and priorities of the newsletter.<br>• I will observe your ability to communicate with the team and solicit inputs and feedback in a timely manner.<br>• Professional looking draft on April 17th, includes:<br>  ○ Provide a public facing quality content<br>  ○ No distorted images<br>  ○ No grammatical and spelling mistakes<br>  ○ Clear concepts and concise language<br>  ○ No Amazon confidential information<br>    Consistent formatting (fonts, size, paragraph layout, alignment of indents, etc).<br>  ○ Final draft to be sent out by April 30th<br>• Your manager will receive positive feedback on a weekly basis from work partners about your collaboration, confirming that timelines were communicated appropriately and that your teammates were offered opportunities to contribute. After project meetings, send a meeting summary to attendees and request feedback. You will CC butlerb@ on the emails. Your manager will receive weekly feedback reports from work partners (including, not limited, to Peter Gallagher, Paul O'Shaughnessy, Jude Sheeran, Victoria Condron).<br>The feedback reports should contain positive feedback every week. |

*Expectation 4: (Required Response– Maximum 250 words)*
**MANAGER Assessment/Comments:**

Did the employee meet expectation 4 of the Improve Plan? ☐ Yes ☒ No

- The newsletter was too long and did not leave me with an opportunity to put in an executive summary, images were out of proportion, inconsistent fonts, and the size and placement of CIC logos at the end did not have a professional appearance.
- From Richard Halkett, "Hello Lama, …. I liked the detail, but I honestly felt that there was too much. I struggled to get through it as a whole, and each story was also quite hard work. I think you should cut back the number of stories, and also restrict each one to 4-5 lines. I made some comments at the beginning where I did not follow the phrasing. The top of this will be the part that most people read and you should use that precious real estate to communicate exactly what your program is and what you want them to learn about it. I struggled with that part and then you leapt to CIC stories; I did not understand your priorities, etc. for the year.
- From Richard directly to me: *I gave the feedback gently to Lama but I believe this needs a lot of work before I would recommend it going out representing you and the program.*
- How you communicated with me didn't meet expectations. You sent to my manager and Richard Halkett without giving me the opportunity to review as we have always done. After multiple asks, you would not give me the Word version, only the PDF.

*Expectation 4: (Required Response– Maximum 250 words)*
**EMPLOYEE Response/Comments:**

To meet the deadline of April 30 outlined in the PIP, since Ben wanted to send out the Newsletter by, I had to work backward from that date, so I asked the team to provide their input on quip by April 17, I sent an email with quip link and calendar reminder, then I compiled the team inputs, rephrased and formatted it to be suitable for an external facing newsletter and

## Pivot Appeal – Manager Performance Assessment and Employee Appeal Form

created PDF version for review, and shared it with the team by placing it in WorkDocs and asked for feedback to be due April 24, and sent outlook calendar reminder as well, I also sent the " to be reviewed version" to Richard Halket on April 18 to get his input since our program is the public sector version of his program. Ben then provided me with his feedback on the newsletter on April 24 via email copying HR Joyce Chan, I incorporated his feedbacks and finalized the document in final PDF format and OTF format on April 28, then I shared it with the commercial marketing and L7 public sector marketing team Carina, Krista and Leila and got positive feedbacks, I also sent it to Ben's manager Josh Weatherly copying Ben to see if he would like to add anything before we send it out. On April 30 I also sent both PDF and OTF versions to Joyce and Ben along with full PIP status report, as I sent them weekly update at the end of each week.

# Pivot Appeal – Manager Performance Assessment and Employee Appeal Form

## Expectation 5:

| Expectation 5 | Due Date | Associated LPs | Measurement |
|---|---|---|---|
| Provide a clear Responsible, Accountable, Consulted, and Informed (RACI) Matrix for the Global and CIC PM roles and the DI PM Role | 4/30/2020 | Invent and Simplify; Deliver Results, and Are Right, A Lot | • Create 3 proper RACI Charts that describes all of the major functions of the Global CIC Program Manager, the DI Program Manager, and a CIC Initiative Program Manager that clearly states ownership of:<br>  ○ Credits<br>  ○ 2x2 Updates<br>  ○ Newsletter Updates<br>  ○ Budget<br>  ○ Wiki<br>  ○ Challenge Intake<br>  ○ Other responsibilities cleared out<br>• Seek out relevant training on RACI or other PM skills as needed.<br>• Set up a time with me on 4/16 to review the first draft and by 4/30 to review the final chart<br>• Document feedback on RACI model from stakeholders on the team and obtain alignment on matrix. Highlight gaps, overlap or other risks to the model.<br>• PM responsibilities should be delineated by understanding current state and any changes in future state to provide clarity.<br>• The RACI chart should be reviewed by all PMs on the team and consulted with Jude Sheeran, Paul O'Shaughnessy, and the DI Leads. They should rate the matrix at least 7 out of 10 in usability for team.<br>You can send one comprehensive email providing a weekly and status on all 5 expectations. I will expect you communicate at least once a week with the key stakeholders for each expectation in getting their feedback (email is preferred so it is documented). |

Expectation 5: (Required Response– Maximum 250 words)
**MANAGER Assessment/Comments:**
Did the employee meet expectation 5 of the Improve Plan? ☐ Yes ☒ No

- We reviewed on 4/20 and you prepared a good first draft of the RACI charts. There were many empty fields about owners to the responsibilities. The DI RACI was a copy and paste of the CIC RACI, which did not have specific Digital Innovation PM tasks, which was not what I expected.
- You made improvements to the RACI Charts upon the review on 4/30 with detailed responsibilities.
- The output was below bar as it did not reflect any input from others in terms who was Responsible, Accountable, Consulted, and Informed, which was essential to the task in order to get alignment.
- You did not get all the PMs, Jude, or Paul to provide feedback, nor escalated if you were not receiving the feedback in time. You stated, without communicating with me prior, that were going to wait another month to get the new CIC PMs more experience before asking for their feedback, which did not make sense as the task was due on 4/30 and this would have been a key opportunity for you to mentor the new PMs on their roles and explain the roles. You did not get the feedback from our experienced PMs.

Your focus on the review was why you had this task as other CICs did not provide a RACI yet. Which I stated you as a Global PM, you are to provide the templates for each CIC to use and modify, hence getting their feedback was essential.

# Pivot Appeal – Manager Performance Assessment and Employee Appeal Form

*Expectation 5: (Required Response– Maximum 250 words)*
**EMPLOYEE Response/Comments:**

I provided the completed three RACI charts on the due date, the task didn't specify that I was to share the RACI with Paul and Jude prior to finalizing it with you on 4/30, Ben never mentioned that during our initial meeting on 4/20, however I received positive feedback on the RACI charts from the team when I shared it on 4/30 for team input. No other PM who is been a while on the program created RACI chart even though I used to discuss the importance during our monthly PM meetings, I created the Global RACI and other PM who is no longer with the company created the Arizona location project RACI. I can't enforce the other PMs to create one since I am not their manager. Also for the Global RACI for this year version, I had meeting with Renee the other Global PM on 4/24 where I created the RACI layout and had initial input and asked her to provide her input to the RACI, she never did and Ben and Paul were copied on the email I sent her as well, and they are also copied on the Quip where the RACI resides and it shows she never provided input. Since the task deadline was approaching I had to complete it on my own along with the other two RACI charts and placed them on quip for team input and send the team email with the quip link.

# MANAGERS' APPENDIX

(Author: Manager)

# Pivot Appeal - Manager Appendix

| Employee: *Lama Maksosa* |
|---|
| Employee Business Title: *CIC Program Manager* |
| Employee Level: *5* |
| Manager: *Ben Butler* |
| Appendix |

| Appendix A | Related to Expectation 1 |
|---|---|

Lama met the expectation of the plan. She did complain about having to do the Improve plan to Jude Sheeran during the period and felt it was insulting and degrading. He also stated that Lama was good at taking notes, but left it unclear on ownership of actions.

| Appendix B | Related to Expectation 2 |
|---|---|

Lama does not earn trust with her peers and stakeholders when reviewing her documentation. The documentation often requires additional follow up and clarifications. She's not really listening to others but instead just reasserts her view. She escalates to an argumentative tone which leads the team to not give her full feedback, but instead they send the feedback separately to me. Her defensive posture plus lack of communication skills to listen and adjust to the feedback, where thinks she is always right and its others who are wrong, has caused reprehensible churn for the team making it difficult for them to deliver results with her and now ask to avoid her. Here are two emails during the Improve Plan period, I highlighted in red the specific statements that reflect the analysis:

---

From: Jennifer Whitespear whitespj@amazon.com; Date: Tuesday, March 24, 2020 at 1:08 PM on email exchange with Lama
To: Paul O'shaughnessy <poshaugh@amazon.com>, "Butler, Ben" <butlerb@amazon.com>
Subject: RE: CIC monthly PM meeting - SFDC entry and Bulk upload Step by step feedback request by Wed

(minus Lama)
Hi Ben and Paul,
I'd like to get your help with deescalating this email swirl/back and forth with Lama. The swirl is occurring because during our monthly PM meeting last week, we were all trying to work with Lama to clarify a few topics around credits. These topics included:

(1) An ongoing need for step by step instructions for manually creating SFDC opportunities, SFDC program engagements, and SIM credit requests.
- I already owed Lama feedback that I had received from the Sales team on how to correctly create an opportunity, and Katherine had asked me for help with how to request credits – so I created a quick step by step guide last week.
- I think it's important to mention that Katherine had asked me for clarity on the process after receiving directions from Lama, and after speaking with Lama to get better direction.

(2) A need for a checklist on how to prepare program engagement data for mass import into SFDC. I provided Lama with examples of what should be on the check list, such as (i) opportunity needs to be created first, (ii) c-suite executive needs to be added to the account as a contact.

It was clear Lama was sensitive to the credits conversation and that she was not understanding the two needs. Lama became emotionally escalated, kept re-iterating things that had nothing to do with the actions we were talking about, then became frustrated when people tried to clarify what she was saying.

This is a really unproductive and difficult cycle with Lama that all of us PMs have experienced several times. It is really difficult, because we want to ensure Lama has the information she needs to continue on with the Sales Force project – but she is unable to provide clarity when needed or receive feedback.

Would you be able to provide help with deescalating this email swirl? Should I just not reply back to her?
Would you be able to provide direction on how we can provide helpful feedback to Lama, that does not result in swirl/back and forth? We all care about the right product features being built in SFDC, but also need clarity on what is happening (including instructions).
Kind regards, Jennifer Whitespear, PM Cloud Innovation Center, @ Cal Poly Digital Transformation Hub (DxHub)

---

On Apr 3, 2020, at 7:01 PM, Berry, Renee <rfberry@amazon.com> wrote from a separate email exchange with Lama:

# Pivot Appeal - Manager Appendix

> Hi Ben, I'd like to draw a boundary and not continue to go in circles with further responses.
>
> I tried to express feedback and concerns, though I want to flag this for you as Lama said "The way you present you criticism to Salesforce make people think it is broken tool, and discredit me as well on an invalid ground, which is a defamation of my professional image on an invalid ground." I responded below, but this seems really extreme to me, as I had no intention of anything close to this.
>
> A pattern I've observed in meetings with Lama is this:
> - Lama says something like "Salesforce is the only reporting we will need now that it's launched"
> - I respond and say "I think we should be careful about how we're communicating it's current capabilities when some local programs are tracking a lot more data than what we currently have functionality for in salesforce."
> - Lama then escalates her tone and explains why phase 1 and phase 2 are mapped the way they are
> - I say I agree and understand that point, but that it's not addressing the concern I shared
> - Lama re-explains why phase 1 and phase 2 are mapped the way they are
>
> These cycles are challenging to navigate. If it's not a detailed project, I try to let it go because I don't want to aggravate Lama. On a detailed or important project for the program, I try to give specific feedback where I see clarity needed, but she interprets any feedback as attacks. So I tend to not want to give her feedback. Sometimes she will re-communicate her understanding of something and it's not my understanding, so I'll say oh I understood this xyz. Then she'll say yes and re-iterate exactly what she said before without recognizing the differences, so again it can cycle.
>
> I don't feel I need any immediate action but wanted you to have awareness that I'm trying my best to give appropriate feedback. It would also be great if she isn't saying things like the feedback is defamation.
>
> Best wishes, rb Renée Berry, PM, Cloud Innovation Centers - Global

Lama does not meet the bar on her documentation: distorted images, grammatical and spelling mistakes, inconsistent capitalization, draft look and not professional. She did not receive positive feedback on a weekly basis from her work partners as stated in the Manager Assessment and in the emails above.

Here is an example screenshot of run-on sentences and poor grammar in subject/verb agreement (CIC opportunity "are" or can linked instead of can be linked, inconsistent capitalization (Zero). This is not just a one-off typo, but a recurring pattern even in with constant coaching which I believe is that she does not have the ability to improve over time.

> <u>Note:</u> While the CIC opportunity are created initially with Zero dollars because the CIC is subsidizing the POC to offset AWS charges in the console, once the credit is exhausted any future usage will generate revenue in the opportunity.
>
> Any future opportunity resulted from this engagement can linked to the engagement to result in additional influenced revenue.

| Appendix C | Related to Expectation 3 |
|---|---|

Lama met the expectation of the plan.

| Appendix D | Related to Expectation 4 |
|---|---|

Lama did not prepare a professional looking draft on 4/17; she actually presented a draft with an image inverted (see below left screenshot) along with continued grammatical mistakes (screenshot below). Lama did not provide concise language, the newsletter that she prepared was 8 pages long and just concatenated everyone's inputs without putting the additional thought to streamline the messaging. I had to make substantial edits and pared the published newsletter down to 3 pages before it could be sent out.

**Pivot Appeal - Manager Appendix**





The screen shot to the right shows another example of not providing a professional look.  I had taken this view out of a previous newsletter draft and she tried to re-insert it.  This was a hodgepodge of logos and some were out of proportion and stretched.  While she may not be a graphics expert, should realize that she needs assistance to format the newsletter and ask for help of others in a timely manner.

How she communicates on the progress of her projects and working with others to address where she needs help a major concern.

She only gave me a PDF version and refused to give me the Word version until the very end of the Improve plan period on 4/30 which made it difficult to provide feedback.  She did not provide feedback to me from Peter Gallagher, Paul O'Shaughnessy, Jude Sheeran or Vic Condron who are key stakeholders.  Instead, she asked for feedback from Richard Halkett and Josh Weatherly (senior leaders) before allowing me the opportunity to review first which is not appropriate given it's far from ready which Richard noted to me and stated in the Improve Plan.





| Appendix E | Related to Expectation 5 |
|---|---|

Appendix E is really the lack of feedback from her stakeholders.  She did not get any feedback on this task during the improve plan other than me, even though I coached her to work with others during our review meetings.  She stated that she did try to get feedback but it was not received in time, but in subsequent emails I found out that the feedback had been given and she missed it.

The RACI outputs were improving after my last review, but Lama did not get alignment with any of the stakeholders listed in the Improve Plan and did the work on her own versus working with the people who would actually be responsible, accountable, consulted, and informed in the workflow.  She eventually reached out to the team in May, but that was after the Improve Plan period and after my second round of feedback.

Furthermore, across all of the expectations and during the review sessions, she had a consistently defiant attitude towards me that she did not have time to do all that I asked, that the plan was not fair, I was asking her to do things that I didn't ask others to do (it was her responsibility(, and that I did not have enough time for her, even though I met with her weekly, answered all of her chimes, and in fact spent more time with her than my other direct reports during the Improve plan.

# EMPLOYEE APPENDIX

(Author: Employee)

# Pivot Appeal - Employee

| | |
|---|---|
| **Employee:** Lmama Maksosa maksosal@ | |
| **Employee Business Title:** Global PM Cloud Innovation Centers | |
| **Employee Level:** L5 | |
| **Manager:** Ben Butler buterlb@ | |
| **Appendix A** | **Related to Expectation 1** |

From: Maksosa, Lama <maksosal@amazon.com>
Sent: Friday, March 20, 2020 4:23 PM
To: Berry, Renee <rfberry@amazon.com>; Whitespear, Jennifer <whitespj@amazon.com>; Jablonka, Agata <jabagata@amazon.com>; Yang, Sungwon <sungwoy@amazon.com>; Chao, Katherine <kathchao@amazon.com>; Hogenhout, Connie <hogenhou@amazon.com>
Cc: O'shaughnessy, Paul <poshaugh@amazon.com>; Determan, Lauren <lddeterm@amazon.com>
Subject: CIC monthly PM meeting - SFDC entry and Bulk upload Step by step

Hello everyone, hope you all healthy and safe.

In order for me to be able to finalize Salesforce phase 2 requirement, I need the data to be entered into Salesforce.

While I am working on the Salesforce plan, and I realized it is easier to have separate document for instruction as I finalize my document.

I went ahead and put together steps by step guidance on how to enter the challenges on the CIC engagement form in SFDC.

I also included step by step guidance on the bulk upload as well per everyone's request. Please provide feedback and insight if you need more clarify on steps so I can reiterate and finalize.

link to the document in WorkDocs can be found here

| | |
|---|---|
| **Appendix B** | **Related to Expectation 2** |





| Appendix C | Related to Expectation 3 |
|---|---|



**Pivot Appeal - Employee**

